*Exhibit 5*



| | |
|---|---|
| **Item Number:** 10.b | **AGENDA REQUEST FORM** |
| **Meeting Date:** 5/25/2021 | GEORGETOWN COUNTY COUNCIL |
| **Item Type:** THIRD READING OF ORDINANCES | |

**DEPARTMENT:** Planning / Zoning

**ISSUE UNDERCONSIDERATION:**
Ordinance No. 21-18 - An Ordinance to amend the Georgetown Memorial Hospital Weehaw Campus Planned Development, TMS No. 02-1009-018-02-03, to allow for multi-family as a permitted use.

**CURRENT STATUS:**
On February 19, 2021, Dan Stacy of Oxner and Stacy, as agent for Georgetown Memorial Hospital, applied to amend the Georgetown Memorial Hospital – Weehaw Campus Planned Development (PD) to allow for multifamily housing as a permitted use. The property is located on the south side of Wedgefield Road east of the intersection with US Highway 701.  TMS# 02-1009-018-02-03.  Case Number AMPD 3-21-27264.

The subject property is currently undeveloped.  The proposed PD amendment would allow for multifamily housing as a permitted use.

**POINTS TO CONSIDER:**

1. The Georgetown Memorial Hospital-Weehaw Campus Planned Development (PD) was approved in November 2008 for multiple medical buildings to include a hospital, medical office buildings and accessory use buildings. The following conditions were required prior to development:

·        Access points on Wedgefield Road should have a minimum separation of at least 440'.  The throat length for the main site entrance should be 200'.
·        Parking dimensions for the PD should meet or exceed those found in Article X of the Zoning Ordinance.
·        Approval of the traffic impact analysis by Wilbur Smith and that the issue of traffic signals and Highway 701, Highway 51 and Wedgefield Road be addressed.
·        Final approval of water and sewer from the appropriate agencies, OCRM, County Stormwater and SCDOT.
·         Approval from Georgetown County Fire and the Building Department for the increased building heights.

2. The PD is approximately 65 acres and is located at the southeast corner of Highway 701 and Wedgefield Road.  The property extends east on Wedgefield Road for approximately 2400 feet and south on Highway 701 for approximately 880 feet.

3. The property is surrounded by the Crown Pointe Planned Development to the west, General Commercial, Forest and Agriculture and One-Half Acre Residential zoning to the north and One-Half Acre Residential Zoning to the south and east.

4. The site abuts the remainder of the Weehaw Tract to the east and to the south, a church and undeveloped property to the north and undeveloped property to the west.

5. Approved uses for the PD include both permitted and accessory uses as follows:

<u>Permitted Uses</u>

  a.   General and specialized doctor's offices and clinics such as dentists, chiropractors, optometrists, podiatrists; except drug and alcohol treatment centers.
  b.  Blood banks and donor centers.
  c.  Dialysis centers.
  d.  Emergency medical centers, free standing.
  e.  Hospitals, except psychiatric.
  f.  Medical and dental labs.
  g.  Nursing and personal care facilities (such as nursing homes and continuing care facilities.
  h.  Outpatient surgery centers.
  i.  Plasmapheresis centers.
  j.  Endoscopy/Gastroenterology Centers.
  k.  Home health Care Centers.
  l.  Pharmacies.
  m.  Accessory uses including uses that are subordinate to any permitted use above and on-site signage.

6. The applicant is proposing to amend the PD to allow for multifamily uses to be located on 16 acres in the rear of the tract along Wedgefield Road. FourSix Development has executed a Purchase and Sale agreement with Georgetown Memorial Hospital for the 16 acres to develop a Low Income Housing Tax Credit Project that would provide affordable homes for Georgetown County working families. It is the intent of the development team to submit an application to for financing in the Spring of 2021.

7. They are proposing 90 affordable units to include a mixture of 1, 2 and 3 bedroom duplexes, triplexes ad quadplexes. In addition, a clubhouse and playground are proposed for residents. The exact mix of units is unknown at this time.

8 . According to a recent Housing Needs Assessment completed by Bowen National Research, there is a shortage of affordable housing located in Georgetown County. The study recommends the development of affordable housing to support the local workforce. There are very few market rate apartments available in the County with rents under $1,000.

9 . The Housing Tax Credit Program (LIHTC) is designed to provide tax incentives to encourage developers to create and maintain affordable housing. The LIHTC program is not Section 8 housing. No direct subsidies are involved. The program allows the developer to provide more affordable rents for working families.

1 0 . This request is only for the addition of the multifamily use to the PD. The applicant/developer will be required to resubmit a full conceptual plan to include density, parking, buffers/trees and pervious/impervious calculations, as well as a revised traffic study, as a major PD amendment. Stormwater and other regulatory agencies requirements shall be met. The attached plans are for reference only and will likely change upon submittal of a conceptual plan.

11. The previously approved traffic study from 2008 estimated that the approved hospital plan

11.  The previously approved traffic study from 2008 estimated that the approved hospital plan would generate a total of 16,580 new daily trips.  By eliminating the two 70,000 sf office buildings, that count would be reduced by 4,760 trips per day.  The addition of the 90 units would generate an additional 540 trips per day which is significantly less than the medical buildings.  This would bring the total to 4,220 saved trips per day.  The previous study also called for a new traffic light at the intersection of 701 and Wedgefield Road in addition to separate turn lanes. A revised traffic study including any recommended improvements will be required due to the length of time since the previous study and the reduction in the number of trips.

12.  This Planned Development was approved as a single use PD in 2008.  Since then PD's are required to have a mixed use element.  The addition of multifamily would bring this Planned Development into conformity.

13. Several years ago, Georgetown Memorial Hospital began renovation on the existing hospital located on Black River Road in the City of Georgetown.  At this time, there are no current plans in place for development of the approved Weehaw Campus PD; however, the hospital may use the site for other medical offices in the future.

14. This project is under the jurisdiction of GCWSD and the Rural Water District.

1 5 . The Future Land Use Map for this area shows this tract as transitional.  The Comprehensive Plan describes transitional designation as "The development of a tract of land, building or structure with a variety of complementary and integrated uses, such as, but not limited to, residential, office, medical office, limited retail, public or entertainment in a compact urban form."

16.  Planning staff presented the following to the PC at their April 15th meeting:
- The Transitional designation of this property will support the proposed residential use.
- There will be a decrease in traffic from the originally proposed plan.
- The addition of the multi-family will bring this existing PD into conformity with the Zoning Ordinance.
- The project will further the goal of affordable housing as provided for in both the Land Use and Housing Elements of the Comprehensive Plan.

17.  If the Commission recommends approval, the following conditions should apply:
- The developer will be required to submit a conceptual plan to be reviewed as a major change to the PD.
- In order to further the affordable housing goal, a significant portion of the proposed units will be affordable based on the HUD definition for our area.
- The maximum number of units allowed on the 16 acres will be 90.  The multi-family use will be limited to the 16 acres as shown on the attached plan.

18.   10 people spoke at the public hearing for this issue in addition to the applicant's representatives.  Two spoke in favor of the request citing the need for affordable housing in the County as noted in the Housing Needs Assessment, studies that show that affordable housing does not negatively affect neighboring households and the needs of those less fortunate in our area.  Eight spoke opposing the request citing concerns about traffic, security, property values, quality of life, other available locations for the development, the lack of information provided, environmental concerns, and nearby conservation easements.

19.  The Planning Commission voted 7 to 0 to recommend approval for the request to add multi family as a permitted use to the PD with the conditions as noted above.

*Exhibit 5*

**FINANCIAL IMPACT:**
Not applicable

**OPTIONS:**
1. Approve as recommended by PC
2. Approve an amended request
3. Deny request
4. Defer action
5. Remand to PC for further study

**STAFF RECOMMENDATIONS:**
Approve as recommended by PC

**ATTORNEY REVIEW:**
Yes

**ATTACHMENTS:**

| Description | Type |
|---|---|
| Ordinance No. 21-18 Amendment to Georgetown Memorial Hospital PD Weehaw Campus | Ordinance |
| application and correspondence | Backup Material |
| location map | Backup Material |
| zoning map | Backup Material |
| future land use map | Backup Material |
| aerial map | Backup Material |
| correspondence | Backup Material |
| correspondence | Backup Material |
| plans and exhibits | Backup Material |
| Correspondence Capt. L Smith | Backup Material |
| Correspondence Wozniak | Backup Material |
| Correspondence | Backup Material |
| Correspondence 1 of 2 | Backup Material |
| Correspondence 2 of 2 | Backup Material |

*Exhibit 5*

STATE OF SOUTH CAROLINA    )
                                                )            **ORDINANCE NO. 21-18**
COUNTY OF GEORGETOWN    )


**AN ORDINANCE TO AMEND THE CONCEPTUAL PLAN OF THE GEORGETOWN MEMORIAL HOSPITAL – WEEHAW CAMPUS PLANNED DEVELOPMENT TO ALLOW FOR MULTIFAMILY HOUSING AS A PERMITTED USE. (TAX MAP NUMBER 02-1009-018-02-03).**


**BE IT ORDAINED BY THE COUNTY COUNCIL MEMBERS OF GEORGETOWN COUNTY, SOUTH CAROLINA, IN COUNTY COUNCIL ASSEMBLED THAT THE GEORGETOWN HOSPITAL – WEEHAW CAMPUS PLANNED DEVELOPMENT BE AMENDED TO INCLUDE MULTI FAMILY HOUSING AS A PERMITTED USE WITH THE FOLLOWING CONDITIONS:**

**-** The developer will be required to submit a conceptual plan to be reviewed as a major change to the PD.

-  In order to further the affordable housing goal, a significant portion of the proposed units will be affordable based on the HUD definition of the area.

-The maximum number of units allowed will be ninety.

-The use is only approved for the 16 acres along Wedgefield Road as shown on the attached plan.


**DONE, RATIFIED AND ADOPTED THIS _____ DAY OF _____, 2021.**




_____ (SEAL)
Louis R. Morant
Chairman, Georgetown County Council


ATTEST:

_____
Theresa E. Floyd
Clerk to Council

This Ordinance, No. 21-18,  has been reviewed by me and is hereby approved as to form and legality.

_____
H. Thomas Morgan, Jr.
Interim Georgetown County Attorney

First Reading:           April 27, 2021

Second Reading:

Third Reading:

*Exhibit 5*

AMPD-3-21-27264





RECEIVED

FEB 1 9 2021

BY: ..............................

**129 Screven St. Suite 222**
**Post Office Drawer 421270**
**Georgetown, S. C. 29440**
**Phone: 843-545-3158**
**Fax: 843-545-3299**

## APPLICATION TO AMEND A PLANNED DEVELOPMENT (PD)

COMPLETED APPLICATIONS MUST BE SUBMITTED ALONG WITH THE
REQUIRED FEE, AT LEAST FORTY-FIVE (45) DAYS PRIOR TO A PLANNING
COMMISSION MEETING.

Please note this approval applies to this particular property only.

**Name of Planned Development:** Georgetown Memorial Hospital - Weehaw Campus

**Regulation to which you are requesting an amendment** *(check applicable)*:
( )    Setback – Complete SECTION B: SETBACK AMENDMENT
( )    Signage – Complete SECTION C: SIGNAGE AMENDMENT
( )    Site Plan – Complete SECTION D: SITE PLAN AMENDMENT
(x)    Other: Modification of Permitted Use

**All Applicants must complete SECTION A: APPLICANT INFORMATION**

## SECTION A: APPLICANT INFORMATION

**Property Information:**

TMS Number: 02-1009-018-02- 03
(Include all affected parcels)

Street Address: US Highway 701 & Wedgefield road

City / State / Zip Code: Georgetown, SC 29440

Lot / Block / Number: _____

Existing Use: Undeveloped

PD Amendment
Revised 06/11
Page 1 of 5

O+S File # 21-1157

*Exhibit 5*

Proposed Use: Planned Development District

Commercial Acreage: 58 +/-          Residential Acreage: 16 +/-

**Property Owner of Record:**

Name: Georgetown Memorial Hospital d/b/a Tidelands Health

Address: 4070 US Highway 17 South

City/ State/ Zip Code: Murrells Inlet, SC 29576

Telephone/Fax: 843-652-8224

E-Mail: bbailey@tidelandshealth.org

Signature of Owner / Date: _P. Bailey_ 2.16.21

**Contact Information:**

Name: c/o Bruce Bailey, CEO

Address: 4070 US Highway 17 South

Phone / E-Mail: 843-652-8224 / bbailey@tidelandshealth.org

I have appointed the individual or firm listed below as my representative in conjunction with this matter related to the Planning Commission of proposed new construction or improvements to the structures on my property.

**Agent of Owner:**

Name: Daniel W. Stacy, Jr. / Oxner & Stacy law Firm, LLC

Address: 90 Wall Street / Unit B

City / State / Zip Code: Pawleys Island, SC 29585

Telephone/Fax: 843-235-6747 / 843-235-6650

E-Mail: dstacy@oxnerandstacy.com

Signature of Agent/ Date: _Daniel W. Stacy_ 2/16/2021

Signature of Owner /Date: _P. Bailey_ 2.16.21

Fee Schedule: **$250.00 plus $10.00 per Residential acre or $25.00 per Commercial acre.**
**Adjacent Property Owners Information required:**

1. The person requesting the amendment to the Zoning Map or Zoning Text must submit to the Planning office, at the time of application submittal, stamped envelopes addressed with name of each resident within **Four Hundred Feet (400)** of the subject property. The following return address must appear on the envelope: **"Georgetown County Planning Commission, 129 Screven St. Suite 222, Georgetown, SC 29440."**

2. A list of all persons (and related Tax Map Numbers) to whom envelopes were addressed to must also accompany the application.

It is understood by the undersigned that while this application will be carefully reviewed and considered, the burden of proving the need for the proposed amendment rests with the applicant.

Please submit this **completed application** and appropriate fee to Georgetown County Planning Division at 129 Screven St. Suite 222, Georgetown, S. C. 29440. If you need any additional assistance, please call our office at 843-545-3158.

**Site visits to the property, by County employees, are essential to process this application. The owner\applicant as listed above, hereby authorize County employees to visit and photograph this site as part of the application process.**

**A sign will to be placed on your property informing residents of an upcoming meeting concerning this particular property. This sign belongs to Georgetown County and will be picked up from your property within five (5) days of the hearing.**

**All information contained in this application is public record and is available to the general public.**


## SECTION B: SETBACK AMENDMENT

Please supply the following information regarding your request:

- List any extraordinary and exceptional conditions pertaining to your particular piece of property. _____

_____


- Do these conditions exists on other properties else where in the PD?

_____

- Amending this portion of the text will not cause undue hardship on adjacent property owners. _____

**Submittal requirements: 12 copies of 11 x 17 plans**

- A scaled site plan indicating the existing conditions and proposed additions.

- Elevations of the proposal (if applicable).

- Letter of approval from homeowners association (if applicable).

## SECTION C: SIGNAGE AMENDMENT

**Reason for amendment request:**_____

_____

Number of signs existing currently on site _____

Square footage of existing sign(s) _____

Number of Proposed signs: _____

Square footage of the proposed sign(s)_____

**Submittal requirements:**

- Proposed text for signage requirements.

- 12 copies (11 x 17) of proposed sign image.

- Site plan indicating placement of the proposed sign(s).

- Elevations.

- Letter from POA or HOA (if applicable)

## SECTION D: SITE PLAN AMENDMENT

**Proposed amendment request:** _See attached Site Plan for reference._____

_____

_____

*Exhibit 5*

**Reason for amendment request:** To modify the permitted uses component of the

PDD to allow multifamily housing and townhoume housing as a Permitted Use.

**Submittal requirements:**

- 12 copies of existing site plan.

- 12 copies of proposed site plan.

- Revised calculations (*calculations may include density, parking requirements, open space, pervious/impervious ratio, etc.*).

*Exhibit 5*

PROJECT NARRATIVE
AMENDMENT

GEORGETOWN HOSPITAL SYSTEM

THE NEW GEORGETOWN MEMORIAL HOSPITAL

WEEHAW CAMPUS PLANNED DEVELOPMENT (PD)


Section 1.0 <u>General</u> <u>Permitted Uses</u> is modified to add the following:

n.     Multifamily Housing

*Exhibit 5*

 

4/1/21

# Porter's Landing

**Purpose:** Request for addition of multi-family as a use within the Planned Unit Development designation for the 65 acre tract known as Weehaw Plantation.

**Background:** In 2008, Georgetown Memorial Hospital received approval from Georgetown County Planning Board for a Planned Unit Development designation. The site is located southeast of the intersection of U.S. Highway 701 (North Fraser Street) with Highway 51 (Browns Ferry Road) and Wedgefield Road, referred to as Weehaw Plantation. The site contains approximately 65.0 acres and is gently sloping (typical elevation 17.0 FT MSL). In 2008, Georgetown Memorial planned to develop multiple medical buildings to include a hospital, medical office buildings, and accessory use buildings, all 2-stories in height, in addition to parking and driveways. The approved PUD plan reflects three (3) 20,000 sf building pads along Wedgefield Rd. The proposed amended PUD plan, with the addition of multi-family as a use, shows the relocation of one (1) of the building pads and the elimination of the other two (2) pads. There are three (3) additional pads that could be utilized for Georgetown Memorial's growth plans in the future.

In the Fall of 2020, FourSix Development executed a Purchase and Sale with Georgetown Memorial Hospital for 16 acres of the larger 65 acre tract to study feasibility of a Low Income Housing Tax Credit project that would provide affordable homes for Georgetown County families. It is the intent of the development team to submit financing application in the Spring of 2021. The project team is a collaboration between BlueLine Development, Inc. and FourSix Development, LLC.  Each entity brings experience and expertise that is necessary to successfully develop and manage the property. This development will specifically target Georgetown County's working families.

**Proposed Porter's Landing:** The development will be 90 affordable homes, a mix of 1-, 2-, and 3-bedroom duplexes, triplexes and quadplexes, no more than 2 stories in height. As conceived 90 units built calculates to 6 units per acre. Porter's Landing will offer a clubhouse and playground for residents. Unit amenities will consist of in-unit washer/dryers, refrigerators, electric ranges, dishwashers, microwaves, air conditioning and gas furnaces. Porter's Landing will seek both Energy Star and Enterprise Green Communities certifications to improve overall building performance, cost of operations, and impact to tenants for utility costs.

**Impacts:**  The development team is aware that residential development could potentially negatively impact traffic patterns and that it will likely be a concern to adjacent neighbors. When determining traffic congestion, peak trips are generated by the number that surrounding residents will experience as they are traveling during the peak times. Medical uses generate 50 peak hour trips for every 14,500 sf of building. Georgetown Memorial's current plan, not including the building pads that could be added,

*Exhibit 5*

 

would generate a minimum of 130 peak hour trips. This calculation is based on two (2) one-story buildings, each with 20,000 sf areas. One could assume that the average medical building is 2+ stories, in which case these two buildings would generate more than 300 peak house trips. The total traffic produced by Georgetown Memorial's previous plan to develop five (5) medical building pads is no less than 250 peak hour trips and could be as much as 500 or more peak hour trips.

The current approved PUD building pads in the attached plan, will generate a minimum of 240 peak hour trips.  Georgetown Memorial's proposed future development coupled with the existing medical campus, would generate 480 peak hour vehicle trips. Traffic generated from residential uses depends on the type of unit that is present in the community.  Single family units will generate 50 peak hour trips for every 45 units. Condominiums or Townhomes will generate 50 peak hour trips for every 95 units.  Since the development team will be using a combination of duplexes, triplexes, and quadplexes, our assumption would be 75 peak hour trips for our 90 units of housing. By amending the PUD to allow for the 16 acres of residential uses, the traffic patterns in this area will be positively affected by at least 400 peak hour trips.

**Goal: Home's people can afford.**
It is the intent of the development team is to study the feasibility of a multi-family development that would serve local Georgetown families that cannot afford current market rate rentals. The team will utilize a market data and community conversations to understand the need over the coming months. As currently contemplated, the homes would be available to a family of 3 that makes $34,000 a year and would pay $975 monthly towards rent. Three-bedroom market rate rentals in Georgetown County rent for a minimum of $1,200 per month. Families paying more than 30% of their monthly income towards rent are deemed "rent burdened" and will likely never achieve long term goals such as homeownership and financial security and stability. It is the goal of our team to provide homes for staff of Georgetown Memorial Hospital and other Georgetown County employers who are being priced out of the current rental market.

*Exhibit 5*





*Exhibit 5*



## <u>NOTICE OF PUBLIC HEARING</u>

The Planning Commission will consider a request from Dan Stacy as agent for Georgetown Memorial Hospital to amend the Georgetown Memorial Hospital – Weehaw Campus Planned Development (PD) to allow for multifamily housing as a permitted use. The property is located on south side of Wedgefield Road east of the intersection with US Highway 701. TMS# 02-1009-018-02-03. Case Number AMPD 3-21-27264.

The Planning Commission will be reviewing this request on **Thursday, April 15, 2021 at 5:30 p.m. in the Howard Auditorium at 1610 Hawkins Street in Georgetown, South Carolina.**

If you wish to make public comments on this request, you are invited to attend this meeting. If you cannot attend and wish to comment please submit written comment to:

*Georgetown County Planning Commission*

*PO Box 421270*

*Georgetown, South Carolina 29440*

*Telephone (843) 545-3158*

*Fax (843) 545-3299*

*E-mail: tcoleman@gtcounty.org*

Fwd: [EXTERNAL]- "Porter's Landing" Affordable Housing Proposed Project

Holly Richardson <hrichardson@gtcounty.org>
Wed 4/14/2021 7:35 PM

**To:** Elizabeth Krauss <ekrauss@gcbdsn.com>; Sandra Bundy <SandraBundy@gmail.com>; Marlajean Hamby <mmjtpq@gmail.com>; Zach Grate <zachariusgrate@yahoo.com>; Zannie Graham <zanniegraham@gmail.com>; Johnny Weaver <johnny@johnnyweaver.com>; Robert Davis <roberteman@aol.com>
**Cc:** Tiffany Coleman <tcoleman@gtcounty.org>; Judy Blankenship <jblankenship@gtcounty.org>

Sent from my iPhone

Begin forwarded message:

> **From:** "Benton, J. Edwin" <jbenton@usf.edu>
> **Date:** April 14, 2021 at 12:12:16 PM EDT
> **Subject:** [EXTERNAL]- "Porter's Landing" Affordable Housing Proposed Project

> **[CAUTION]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> Dear Holly,

> I don't know if you remember me, but I met you years ago when both you and Boyd Johnson worked for the City of Georgetown. I happen to visit Boyd a little over a year ago at the old courthouse before the pandemic and, as I left, i stopped by the open door to your office to say "hello." At the any rate, I am still at the University of South Florida teaching full time and conducing meaningful research (have written several articles over the last year about how COVID-19 has impacted local government revenues and intergovernmental relations and am also completing a book entitled *Revenue Sources for Local Governments: How They Pay the Bills amid Continuing Challenges and Emerging Opportunities).* In addition, I am working on several grant-related projects with ICMA that focus on federal-local, state-local, and interlocal relations and the uncertain path of local government revenues going forward after the pandemic. Currently, I spend about 4-5 months of the year in Georgetown and live at my old family home on Britt Street in Maryville that I now own, since I have not taught in the summer for several years. My wife and I will be coming soon for the summer and have even planted a garden on the vacant lot next to my home! Great to have Georgetown soil under my feet and be able to enjoy fresh, home-grown vegetables. Tampa won't ever take the place of Georgetown for me, and I look forward to retiring full-time to Georgetown in the near future. I guess I can retire, since I turned 71 in January!

> I want to make a few general and specific comments and suggestions about the proposed "Porter's Landing" Affordable Housing Project that is under consideration by the Georgetown County Planning Commission.

As for general comments:

First, I support the construction of more affordable housing in Georgetown County, generally, but especially in and around the City of Georgetown.  This need was clearly amplified by a recent study.  The availability of affordable housing is essential to attracting and keeping a skilled workforce anywhere, but particularly in Georgetown which has a higher than the average number of households with incomes significantly below the national average.

Second, while consideration should always be given to adjacent residential and commercial property owners, I don't see how this project would adversely affect their quality-of-life concerns, including the possibly of negatively impacting the value of their property. Knowing the area in question, I do not believe that residents of Wedgefield and even Windsor Planation should have to worry that the value of their property decreasing, given their proximity to the proposed project (roughly 1 1/2 to 2 miles away).

As for specific comments:

Although an updated traffic study will be conducted, I believe that now is the time to implement the suggestions that I think were made when the original Crowne Point development was under consideration over 10 years ago.  If I recall, the suggestion was to realign Highway 51 (Browns Ferry Road) and Wedgefield Road with Highway 701 (Conway Highway) with turn and forward moving lanes.  In addition, i think that traffic signals were to be installed.  I make this suggestion because this area have grown significantly over the last 12 years and the traffic count is likely to be much greater now.  Moreover, the area is destined to grow exponentially in the years ahead.  While the proposed Crowne Point development may still be in limbo, another developer or even the original Crowne Point developers is likely to develop this huge tract of land, given that Georgetown County is a retirement destination and a likely siting for medium- to heavy industry.  As all planners know, now (and not tomorrow) is right time to think about the future.

My second specific comment relates to the comment above about traffic control.  If the intersection of Highways 707 and 51 and Wedgefield Road are realigned and traffic signals installed, would it also make sense to eliminate what I think are proposed curb cuts on Highway 701 to allow entry and exit from Porter's Landing7  in this way, all entering and exiting traffic to the Porter's Landing develop would be channeled to Wedgefield Road.  This should lead to a safer and more efficient flow of traffic.

A final comment is probably a moot point.  That is, I hope that the developer's plan includes the installation of sidewalks and streetlights.  While visiting my mother and sister in Georgetown over the Easter Holiday, I road through the new housing development under construction by Beverly Homes and Ron Charlton on South Island Road in the City.  I was surprised to see that there were no streetlights.  Do you know if streetlights will be added once the development is closer to buildout or if the City of Georgetown did not require them in the development plan?

If you have any questions or would like any other information, please don't hesitate to contact me by email or phone at (813) 978-9513.

All the Best,

Ed Benton


J. Edwin (Ed) Benton, Ph.D.
Professor
Managing Editor, State and Local Government Review
Co-Director, Sunshine State Survey Project
Department of Government and International Affairs
SOC 367
University of South Florida
4202 East Fowler Avenue
Tampa, FL 33620-8100

[EXTERNAL]- Low income housing ( Wedgefield Road )

Randy Shaw <rsshaw64@gmail.com>
Wed 4/14/2021 3:04 PM
**To:** Tiffany Coleman <tcoleman@gtcounty.org>

[CAUTION] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

To the county council ,
My name is Randy Shaw I live at 13 Governor Johnston Road in the community of Wedgefield plantation. I am strongly opposed to the building of this low income housing at the end of our road. As you well know you have other suitable spots for this project.  The area you are considering  is not a suitable spot. This will greatly depreciate the value of the homes in Wedgefield. Why don't you put it on the Waccamaw neck or is that too close to your homes?
Thank you
R S Shaw

*Exhibit 5*

4/15/2021                                           Mail - Tiffany Coleman - Outlook

## [EXTERNAL]- Georgetown Memorial-Weehaw Planned Development Case Number AMPD 3-21-27264

**Pat and John Geiger** <patandjohngeiger@outlook.com>

Wed 4/14/2021 10:32 AM

**To:** Tiffany Coleman <tcoleman@gtcounty.org>

---

**[CAUTION]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

## Georgetown County Planning Commission

P.O. Box 421270

Georgetown, SC 29440

Dear members of the Georgetown Planning Commission,

I live at 434 Wraggs Ferry Rd. in Wedgefield. I am **opposed** to amending Georgetown Memorial Hospital's Weehaw Campus as presented by Dan Stacy, agent for Georgetown Memorial Hospital. TMS#02-1009-018-02-23 located at Wedgefield Road and Highway 701 for 3 reasons.

1. There are 500 homes in Wedgefield. In addition, there are homes in Windsor and along Wedgefield Rd. I do not know the exact number, but I do know that this is our only way in and out of where I live. Wedgefield road has been flooded, covered with ice for about 5 days, trees have blocked the road. It was not a good decision to put what the hospital had previously planned, but thanks to the recession, plans never came to fruition. I was opposed to that plan also. We are trapped in here. To add multifamily housing is a disaster waiting to happen if evacuation is of the essence due to fire, flooding, hurricanes, etc. In addition, it is difficult to enter Highway 701 now with the current units.
2. It was obvious that the presenters in Wedgefield on April 12 were not prepared and this development was not well planned nor well thought out.
3. I am opposed to private for-profit companies coming into an area to tell us what we need. Had this been initiated by HUD or the Planning Commission itself that would be a different story. In addition, neither Hud nor the Planning Commission would have chosen that sight because of the traffic situation and safety issues that now exist. In the 1970's HUD did a study reporting that Wedgefield was not suitable for development. Refer to that study when looking at this current proposal.

Yes, we have needs in Georgetown County for affordable housing, but we do not need a company coming in and telling us what our needs are just to dump property that the Georgetown Hospital made a mistake in purchasing. I will not be attending the meeting on April 15 due to COVID concerns. This is my sincere **opposition** to this projected development.

Sincerely,

Patricia T. Geiger

434 Wraggs Ferry Rd.

Georgetown, SC 29440

843-546-8227

4/15/2021                                    Mail - Tiffany Coleman - Outlook

[EXTERNAL]- TMS #02-1009-018-02-23 Case Number AMPD 3-21-27264

Patricia Geiger <teachersheaven@gmail.com>
Wed 4/14/2021 9:41 AM

**To:** Tiffany Coleman <tcoleman@gtcounty.org>

**[CAUTION]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Ms. Coleman:
This letter is concerning the proposed housing development for the corner of highway 701 North and Wedgefield Road.  It is my understanding, from a meeting at Wedgefield, that this will be needed housing for people with lower incomes.  I feel that this is a great need and applaud the effort but the location is misplaced.  Here are my observations(1)Wedgefield Road is the only way out to 701 for four growing housing areas and a church, so therefore it is quite heavily traveled (2) during periods of heavy rain (hurricanes ,tropical storms) the road floods and become impassible (3)ice storms have impacted Wedgefield Road making it impossible to leave (4)because the housing development appears to be skewed towards those with lower incomes who can not afford transportation, it may leave them in a food and medical desert and (5)the area is the intersection of Windsor Road, Wedgefield Road, Highway 701 and Highways 51/41 plus a highly popular gas station all of which cause traffic backup.  Because of all of these reasons I object to any development being built on this corner.

As I said above Georgetown does need additional housing for people with lower income.  As a suggestion the City of Georgetown could offer to sell the old Superior Manufacturing site.  That would be perfect.

Sincerely,

John Geiger

Fw: [EXTERNAL]- Fwd: Development at Weehaw

## Holly Richardson <hrichardson@gtcounty.org>

Wed 4/14/2021 8:53 AM

To: Elizabeth Krauss <ekrauss@gcbdsn.com>; johnny@johnnyweaver.com <johnny@johnnyweaver.com>; Marlajean Hamby <mmjtpq@gmail.com>; Sandra Bundy <sandrabundy@gmail.com>; zachariusgrate519@gmail.com <zachariusgrate519@gmail.com>; zanniegraham@gmail.com <zanniegraham@gmail.com>; roberteman@aol.com <roberteman@aol.com>

Cc: Tiffany Coleman <tcoleman@gtcounty.org>


Holly H. Richardson
Director of Planning and Code Enforcement
Georgetown County
843-545-3254
hrichardson@gtcounty.org

---

**From:** Nancy Johnston <njohnston@sc.rr.com>
**Sent:** Wednesday, April 14, 2021 8:50 AM
**To:** Holly Richardson <hrichardson@gtcounty.org>
**Subject:** [EXTERNAL]- Fwd: Development at Weehaw

> **[CAUTION]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sent from my iPad

Begin forwarded message:

> **From:** Nancy Johnston <njohnston@sc.rr.com>
> **Date:** April 13, 2021 at 4:19:16 PM EDT
> **To:** tcoleman@gtcounty.org
> **Subject: Development at Weehaw**

Planning Board,
Having attended the informational meeting at Wedgefield Plantation on April 12, 2021 held by FourSix Development and Blueline Development, my concern for this proposed development of 16 acres of low income housing has intensified.
Not discussed was the conceptual housing plan, the setback plan, the traffic plan, the water runoff plan, the protected wildlife( woodpecker) plan or the ability of lower income persons to obtain groceries, medical care, etc. I am not a developer but these are real concerns of my neighbors and myself.
I understand Tidelands Hospital is in the business to make money BUT I am sure there is a better location for 90 apartments that would not displace wildlife and upset two

neighborhoods. I also believe this plan carries a high cost to the county of Georgetown. Please vote no to this change in the planned development.

TMS# 02-1009-018-02-23      Case # AMPD 3-21-27264

Nancy Johnston

112 Swamp Fox Lane

Wedgefield Plantation

Georgetown,SC

843 546-0376

Sent from my iPad

*Exhibit 5*

[EXTERNAL]- The proposed rezoning of Wee Haw Plantation

Jill Huggins <jillhuggins59@gmail.com>

Tue 4/13/2021 3:32 PM

**To:** Tiffany Coleman <tcoleman@gtcounty.org>

[CAUTION!] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tiffany, Kristal Infinger suggested I send this to you.
Please share this with the Planning commission members prior to the
Meeting on April 15th.

Thank you,

Jill Huggins

Honorable need, wrong place. Wedgefield Plantation Country Club is a  Public golf course. It's the ONLY golf course in Georgetown and in addition to golf, the Manor House host a restaurant, with many weddings and events, as well as the pool, tennis court, club house and much more. This beautiful land is a staple of the Georgetown community.
There is a group of investors that are actively seeking to purchase all of these facilities at Wedgefield Plantation.
These renovations would begin this summer after the sale of the club is complete.
The goal of the investors is to make Wedgefield Country Club the Gem of Georgetown, as it once was.
Many businesses and residents in Georgetown are very excited with this commitment  and what it will mean to the prospects of Georgetown.
While everyone agrees that there is a need in Georgetown County for additional affordable housing, the currently proposed project to build on Wee Haw Plantation will have a severe negative impact on these plans.

Sent from my iPad

## [EXTERNAL]- Weehaw Planned Development

rrecker@twc.com <rrecker@twc.com>

Tue 4/13/2021 7:41 AM

To: Tiffany Coleman <tcoleman@gtcounty.org>

**[CAUTION]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am against the proposal to add affordable housing to the Weehaw development.
90 apartments on 16 acres seems kinda stretching capacity.
I attended the Wedgefield meeting to listen to the developers present the plan for this development..
From what I heard I am not sure the developers or county know is going to be developed.
I live in Wedgefield Plantation and have concerns about the future here.
This plan is much like buying a pig in a poke, not knowing costs to existing homeowners and the county or what is being proposed.
From what I heard we did not hear the full impact to existing residents of Georgetown.
There are more options for this development and that should be explored before going forward.

Frederick Recker
58 King George Rd
Georgetown, SC 29440
843-485-4136

4/15/2021                                   Mail - Tiffany Coleman - Outlook

[EXTERNAL]- Wedgefield Meeting on Planned Development Comments and Opposition

hmoran21@aol.com <hmoran21@aol.com>
Mon 4/12/2021 2:30 PM

**To:** Tiffany Coleman <tcoleman@gtcounty.org>

> **[CAUTION]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

To whom it may concern,

As residents of the Wedgefield community in Georgetown SC, my husband and I would like to voice our complete opposition to the planned affordable housing development at the head of Wedgefield Road. We agree that there are not enough social services and infrastructure to accommodate such a development in this location. We value our home, property, neighborhood, and neighbors too dearly to not let our voice be heard on this matter. We will not be able to attend the meeting at the Manor House tonight or the one on Thursday at Howard due to work scheduling. Please count our votes as a definitive Nay at both meetings. We are in full opposition to this development.

Thank you,

H. Moran & A. Johnson

April 11, 2021

Georgetown County Planning Commission
P O Box 421270
Georgetown, SC 29442

E-Mail Address:  tcoleman@gtcounty.org

Re:  Proposal - Georgetown Memorial Hospital – Weehaw Campus Planned Development (PD)
      TMS# 02-1009-018-02-23-----Case # AMPD 3-21-27264

Dear Georgetown County Planning Commission and To Whom All Is Concern:

As a <u>Citizen</u>, <u>Taxpayer</u> and a <u>Citizen who Exercises His Right To Vote</u> of the United States of American, The State of SC and Georgetown County, SC, I <u>oppose</u> and <u>object</u> to the proposed change of the Georgetown Memorial Hospital property, located on the South Side of Wedgefield Road East of the intersection with US Hwy 701, <u>from Planned Development (PD)</u> to "<u>affordable/multifamily housing</u>".

This amendment of this proposal would absolutely only benefit Georgetown Memorial Hospital in divesting them of this property at the "<u>Big Time Expense</u>" of the residential property owners that surround this geographical area <u>monetarily</u>; but also, <u>the lowering of our property values</u>.

I request, require and expect you to exercise your integrity and consideration, given the current availability of mufti-family zoning in the county.  If there is more needed, locate where there would be more appropriate sites.

Without reservation nor hesitation what so ever, now is a good time for this evaluation, because we may soon be forced to accept relocation of some of the millions of recent non-citizen border crossers.  I am absolutely appalled and amazed that Georgetown County would even consider this "deplorable" proposal, knowing the astronomical cost burden that it is going to place on the Georgetown County Taxpayers.

Sincerely,


Wayne Ward
Wedgefield Plantation Country Club
56 John Green Lane
Georgetown, SC 29440

cc:  Personal File Copy Retained

## Weehaw Development

constance downs <constancedowns559@msn.com>
Sat 4/10/2021 7:40 PM
To: tcoleman@gtcounty.org <tcoleman@gtcounty.org>

April 12, 2021

Dear Ms. Coleman,

I am a resident of Wedgefield Plantation, 492 Francis Parker Road.

I am writing in regard to the April 15th meeting at the Howard Auditorium at 5:30 p.m. I have several questions regarding Case No. AMPD 3-21-27264, TMS# 02-1009-018-02-23. The Planning Commission will meet to consider a request from Dan Stacy, an agent for Georgetown Memorial Hospital to amend the Georgetown Memorial Hospital-Weehaw Campus as permitted use. I am not sure I will make it to the April 15th meeting and would appreciate it if you addressed my questions and concerns below either by phone call or email. 843-359-5911 or constancedowns559@msn.com. I will list my concerns to be clear.

I understand that part of the Weehaw Plantation land will be used for the construction of 160 "affordable/multi-family housing" units. I've been told this is not a Housing Choice Voucher, HCV program, (formally section 8), but I'm not convinced they're not the same.

I guess I'm most confused as to why the county would take a town like Georgetown that is a gem with great potential and not develop and implement plans that would bring economic growth to the county.

Some facts about Georgetown that may put this in perspective. According the the US Census Bureau, 2019:

54.2% of the population of Georgetown is in the civilian workforce.
Median household income, 2015-19, $32,593.
Persons in poverty is 22.8%., (state poverty level is 16.6%). 3,216 out of 8,657 reported incomes below poverty level.
Median gross rent is $735.00
Owner occupied housing is 56.2%
Average house value is $163,300

So, let's make the stats for the next Census that much worse by building more subsidized housing instead of "job creation" and creating plans for Georgetown's economic growth?

**1. Does Georgetown need more subsidized living programs?**

Georgetown Housing Authority:

- Westside Apartment Complex          180 units
- North Street Apartments             35 units
- Maryville South                     115 units
- 30 scattered units                  30 units

Housing sites listed as "low income"

| | |
|---|---|
| Bayside Apartments | 32 units |
| Thorton Hall Apartments | 40 units |
| Winyah Apartments | 14 units |
| Pea Patch Apartments | 14 units |
| 2307 South Frazier Street | 6 units |
| Bethal | 30 units |
| Plantation Apartments | 48 units |
| Place by the Bay | 48 units |
| Georgetown Commons | 42 units |
| Millner Elderly Housing, Inc. | 48 units |
| **Total** | **642 units** |

*** **NOT including** scattered sites, Habitat Homes, house rentals, senior housing, and Mobile Parks. I may have missed other housing programs as well. (Where do Georgetown Landing and Companion at Hawthorne Hall fit in the number of units?)

People should find this disturbing. The focus should not be on making the poverty/unemployment issues in Georgetown worse by throwing more subsidies, housing, and government money at the problem, but on developing a plan to raise people to a higher standard of living.

- How about job creation? Approaching larger companies to move into Georgetown? Give them an incentive to create stable employment.
- Does Georgetown need more subsidized housing? I'm sure no one really believes people prefer to live in subsidized housing complexes.
- Does the county really want to drive out the tax base by lowering the bar?
- Georgetown has a reputation for being a financial drain on other towns in the county. So why not fix the problem, instead of making it worse?

2. **Segregation?** I researched low-income housing in Pawley's Island and Litchfield and came up with one possibility, St. Elizabeth Place in Pawley's which offers supportive housing for ages 62 +, nothing came up for Litchfield. This is not to say there are no HCV programs in these towns, but it looks fairly obvious that Georgetown is being used to house the bulk of the county's low-income families. How many families will be relocated to Georgetown to clear the way for Pawley's and Litchfield to use the land for other economic gains?

FYI: Pawley's poverty level according to the Federal 2019 Census is 6.7% and the median salary is $116, 466. Is this a matter of "not in our neighborhood?" Does a higher taxed based town have the power to decide?

3. **Crime.** Your chances of a personal crime in Georgetown is 1 in 16.
Your chances of a violent crime in Georgetown is 12.24, statewide it's 5.11.

- Will building more subsidized housing increase the crime rate? Especially for Wedgefield Residents.
- What are the crime stats for subsidized housing in Georgetown?

Currently, it is rare to see a Sheriff's patrol car on Wedgefield streets.

- Will the county provide more patrolling? Will we get 24-hour security coverage?

*Exhibit 5*

4/11/2021                                                    Mail - constance downs - Outlook

- Will the county hire more patrolmen/women to cover the increase in population in our area?
- I can honestly say I feel we are on our own in terms of safety and security because of the lack of law enforcement in our community.  Building low income housing will not make this better.

4. **Location.**  Typically, low-income housing is built within city limits near busing, businesses, etc. This will not be the case at Weehaw.

- Are we to believe that with this housing will come the construction of more convenient, liquor, Vape, fast food, etc stores to meet the needs of the neighborhood?
- Attract businesses that don't pay good salaries, have constant staff turnover, and are entry level?
- How safe will this area be in general?

5. **Housing Values**.  It's a guarantee that beautiful well- maintained houses around Weehaw, on Windsor Road, Wedgefield Road, and in Wedgefield Plantation will lose their value and homeowners may be forced to sell their homes due to this issue as well as safety and security.

- Is this fair to taxpaying residents who made Georgetown their home?
- Let's face it. There are more run-down areas in Georgetown than maintained.  Why would the county purposely jeopardize good neighborhoods?

6. **Georgetown Memorial Hospital.**   What is their overall plan?  I'm not sure where a hospital fits into all of this.

- Financial agenda and gains?
- What is the future of their hospital?

7. **Roads and Traffic.**  It's already a challenge to pull a car onto 701 south without getting hit by another vehicle.

- How is adding 160 housing units, (probably times 2 or 3 cars per unit) going to help with the already congested intersection?
- Does the county plan to add a bus line?
- There is only one way out of Wedgefield Plantation.  We don't have an alternative route to take in the event of a road closure due to an accident or traffic jam.   Will the county develop a new access to 701 for Wedgefield Plantation?

Thank you.  I hope you take some time to address my questions and concerns.  My husband and I are contemplating leaving Georgetown due to this housing plan and having clear information will help us in the decision-making process.

Connie Downs
492 Francis Parker Road, Wedgefield Plantation
Georgetown, SC



*Exhibit 5*



GMH - Weehaw Plantatation PD
Property Location
AMPD3-21-27264

# Legend

## Streets

—— <all other values>

## MaintainedBy

——— County

——— Private

——— State

☐ GMH - Weehaw Plantation PD

☐ Lot Lines

+—+—+ Railroads

◆ Landmarks

▨ Municipalities

0    170    340         680         1,020        1,360
                                                   Feet

DISCLAIMER: This map is a graphic representation
of data obtained from various sources. All efforts
have been made to warrant the accuracy of this map.
However, Georgetown County disclaims all responsibility and
liability for the use of this map.

*Exhibit 5*



GMH - Weehaw Plantatation PD
Property Zoning
AMPD 3-21-27264

*Exhibit 5*



**GMH - Weehaw Plantatation PD
Property FLU
AMPD 3-21-27264**

**Legend**

**Streets**

— <all other values>

**MaintainedBy**

━━ County

━━ Private

━━ State

▭ GMH - Weehaw Plantation PD

▭ Lot Lines

┼ Railroads

◆ Landmarks

**Future Landuse**

**FUTURE_LAN**

▢ CITY OF GEORGETOWN

▢ COMMERCIAL

▢ CONSERVATION PRESERVATION

▢ EASEMENT

▢ HIGH DENSITY RESIDENTIAL

▢ INDUSTRIAL

▢ LOW DENSITY RESIDENTIAL

▢ MEDIUM DENSITY RESIDENTIAL

▢ POND

▢ PRIVATE RECREATIONAL

▢ PUBLIC RECREATIONAL

▢ PUBLIC/SEMI-PUBLIC

▢ TOWN OF ANDREWS

▢ TOWN OF PI

▢ TRANSITIONAL

▢ Municipalities

0    170   340        680        1,020        1,360
                                              Feet

DISCLAIMER: This map is a graphic representation
of data obtained from various sources. All efforts
have been made to warrant the accuracy of this map.
However, Georgetown County disclaims all responsibility and
liability for the use of this map.



Exhibit 5

GMH - Weehaw Plantatation PD
Property Aerial
AMPD 3-21-27264

## Legend

### Streets

—— <all other values>

### MaintainedBy

—— County

—— Private

—— State

□ GMH - Weehaw Plantation PD

□ Lot Lines

+—+ Railroads

♦ Landmarks

## Imagery2017Med

### RGB

■ Red:   Band_1

■ Green: Band_2

■ Blue:  Band_3

■ Municipalities

0   170   340        680        1,020        1,360
                                              Feet

DISCLAIMER: This map is a graphic representation
of data obtained from various sources. All efforts
have been made to warrant the accuracy of this map.
However, Georgetown County disclaims all responsibility and
liability for the use of this map.

[EXTERNAL]- Re: [EXTERNAL]- More information regarding proposal

(843) 860-4068 <crocker_karen@yahoo.com>

Fri 4/16/2021 4:00 PM

**To:** Judy Blankenship <jblankenship@gtcounty.org>
**Cc:** Tiffany Coleman <tcoleman@gtcounty.org>; Holly Richardson <hrichardson@gtcounty.org>

> **[CAUTION]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I want to be very clear that as a home owner in Wedgefield Plantation I am VERY against this development and will be watching very closely. I will also vote against and actively campaign AGAINST anyone who votes for this project to move forward.

And, as a neighborhood, we are committed to working together against anyone who votes for this project.

Karen Seabrook

On Apr 1, 2021 9:27 AM, Judy Blankenship <jblankenship@gtcounty.org> wrote:

> Mrs. Crocker,
>
> Notices of the public hearing were mailed last week to property owners within a 400' buffer of the affected property, as is required by law. So, all of Wedgefield may not have received one. We are also required to advertise in the local paper and post a sign on the property.
>
> The applicant is proposing to amend the PD to allow for multifamily uses to be located on 16 acres in the rear of the tract along Wedgefield Road. This request is only for the addition of the multifamily use to the PD. The applicant/developer will be required to resubmit a full conceptual plan that will meet the requirements of the Georgetown County Land Development Regulations. This plan will go before Planning Commission once again as a major PD amendment. At this time a second hearing has not been set but notices will be mailed, an ad will be in the paper and the property will be posted again once that time arises.
>
> It is our understanding that the developer is scheduling a community meeting with the Wedgefield POA so you may want to reach out to them for a date and time.
>
> If you have any further questions, please feel free to contact us.
>
> Thanks,
>
> *Judy E. Blankenship*
> *Senior Planner*
> *Georgetown County Planning*
> *129 Screven Street*
> *Georgetown, SC 29440*
> *843-545-3028*

*jblankenship@gtcounty.org*

**From:** KAREN CROCKER <crocker_karen@yahoo.com>
**Sent:** Wednesday, March 31, 2021 10:38 AM
**To:** Tiffany Coleman <tcoleman@gtcounty.org>
**Subject:** [EXTERNAL]- More information regarding proposal

---

**[CAUTION]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Can you please provide me with more information regarding this letter. I am a resident of Wedgefield Plantation and unfortunately did not receive one. This copy is circulating in the neighborhood so I would like to request clarification of the intent of this meeting.

Their is a lot of speculation that low income housing will be approved for this 20 acres. Can you please provide clarity on this?

I would also like to know why this letter would not have been sent to residents of Wedgefield. As it is obvious any development on Wedgefield road would impact us and we should be given the opportunity to review and respond.

I look forward to your reply,

Karen Seabrook

[EXTERNAL]- Planning Meeting.

constance downs <constancedowns559@msn.com>

Fri 4/16/2021 3:57 PM

To: Tiffany Coleman <tcoleman@gtcounty.org>

> **[CAUTION]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Coleman,

I am deeply disappointed in the lack of consideration the Planning Committee took toward Wedgefield residents' concerns in last night's meeting.   It seemed like the decision was already made before the meeting. An incomplete project plan with many mysteries and a fast-talking, inconsistent Developer was able to sway a group of assumably intelligent people that he has the best interest of Georgetown in mind.
  We will be leaving Wedgefield after putting hours of work and money into our home and forming lifetime friendships.   Leaving is imperative to me because after working 30+ years in the social services field, the latter part of my career working long hours as a self-employed Contractor for the State of New York providing vocational services, I am tired and just want to retire peacefully.  I've already seen, heard and absorb all the sadness that comes with working with diverse people in need.  The concerns I addressed in my initial letter to you will not change and they are real but are apparently of no significance to the committee.

My hope is that neither you nor your committee members never have someone impose their agenda on you in a way that it uproots the sanctity of your life.  And I sincerely wish you well because it's a harsh and unfair reality.   Thank you for accepting my messages.  I appreciate it.

**Connie Downs**
**Wedgefield resident**

*Exhibit 5*

# Georgetown County Zoning Commission

**Opposition to GMH Weehaw Campus PD Proposed Zoning Amendment Request**

TMS# 02-1009-018-02-23     Case Number AMPD 3-21-27264
Public Hearing on April 15, 2021

|  | GMH Weehaw Campus PD Amendment Request for "Multi-Family" | Parcel between Fraser Street & Old Charleston Road in Maryville Area |
|---|---|---|
| **Overall Property** | * $800,000 price ?<br><br>* 16 Acres available<br><br>* $50,000 per acre (if price is correct) at a 38% premium over other parcel<br><br>* 90 units are proposed<br><br><br><br>*Water drainage problems… will need expansion ponds | * $890,000 asking price<br><br>* 28.4 Acres available<br><br>* $31,000 per acre (full asking price)<br><br>* Could address more of the affordable housing needs for the County and have up to 170 units based on Four6 & Blueline's calculations of 6 units per acre.<br><br>* Has to the potential to have more open space, wood buffer, & larger playground<br><br>* Has a raised topographic lot<br><br>* From a visual the soil appears to be of a higher quality made up of sand base |
| **Economics** | * Not in Opportunity Zone | * Located in Opportunity Zone<br><br>*This development could bring in new business |
| **Traffic** | * Would increase traffic by 500-600 units per day<br><br>* After a traffic study would be completed, there is a good chance that with the new building that is being done in Wedgefield and surrounding area that Wedgefield Road may have to be relocated. Possibly taking the land by Eminent Doman.<br><br>* Purchase of property , construction of new road, new traffic light, & multiple lanes would be approximately $1.5 to $3 million dollars for the tax payer. | * Would increase traffic by 500-600 units per day<br><br>* Has less traffic on Highway 17 coming out of McClellanville. No additional transformation needed to Highway 17, as it is already a four lane access road<br><br>* Access to a rear entrance on Old Charleston Road |

| | | |
|---|---|---|
| **Closeness of Services & Necessities** | * Located a major intersection of Highway 701, Highway 51, and Wedgefield Road.<br><br>* The closest grocery store is Walmart over 2 miles away. | * Across the street is a Fire Station, along with Maryville South, which has a "daycare."<br><br>* Within one half mile is a Food Loin with a sidewalk for convenience. It is located close to Maryville Elementary School, Horry Georgetown Technology College, 2 gas station/convenience stores, auto repair, storage, laundry mat, and much more.<br><br>* The elementary school could be walkable by using the backside entrance on Old Charleston Road through residential streets.<br><br>* Prince George Healthcare Center and Blue Ridge Health Care are close by for employment and being close to elderly family members. |
| **Property Value** | * Will affect property value in Wedgefield and Windsor Plantations & surrounding area and deter any future new homes to be built<br><br>* Lower property value means low property tax for the county<br><br>* 72 Investors are looking to purchase Wedgefield County Club and invest approximately $2m with the purchase of the property and capital improvements. This may deter many of the investors from moving forward from developing the "only publically available country club and golf course within Georgetown." | * Has a mixed zone with Commercial and Residential |
| **Environmental Issues** | * Endanger red-cockaded woodpecker (Picoides borealis) has natural habit on this property and is maintain by Weehaw Plantation for North American Land Trust. (USESA Designation & SC Protection)<br><br>* According to the expert, there is "burning" that has to be on site to maintain the habitat for this bird | *No known endanger species threat |

*Why should the tax payers of Wedgefield, Windsor, & others along Wedgefield Road bear the cost for the hospital making a bad purchase?*



CONCEPTUAL PLAN

STORMWATER
AREA

PLAYGROUND
AREA

GRAPHIC SCALE (HORIZONTAL)

1 inch = 60 feet

PRELIMINARY
(NOT FOR CONSTRUCTION)

LAND PLANNING ASSOCIATES

LAND PLANNING ASSOCIATES, INC.
110 WEST 1ST AVENUE - SUITE A
EASLEY, SC 29640
864.242.4672   FAX 206.736.8214
design@lpa-inc.net

GEORGETOWN, SC
US HIGHWAY 701

PROPERTY INFORMATION:
TAX MAP NUMBER:
REFERENCE D.B. & PG:
ADDITIONAL INFO:

ISSUE FOR CONSTRUCTION:
PERMIT DATE:
BID DATE:
DRAWN BY:        CAS
DESIGN BY:       CAS
CHECKED BY:      PMR
DATE:            1/22/21
SCALE:  HORIZ. 1" = 60'   VERT.
JOB NUMBER:      PRELIMINARY

SITE CONCEPT
PLAN

CONCEPT 2

GEORGETOWN, SC



Current PUD Layout

*Exhibit 5*

## Proposed PUD Layout



16 acres for housing
90 units max
Single-family, duplex, triplex and quadplex
2-story max height





ETS
ENGINEERING AND TECHNICAL SERVICES, INC.
Pawleys Business Center • 68 Centermarsh Lane • P.O. Box 2040 • Pawleys Island, S.C. 29585
Phone: (843) 237-3002 • Fax: (843) 237-2262 • http://www.etsengineers.com

GEORGETOWN HOSPITAL SYSTEM

WEEHAW TRACT ~ PD
GEORGETOWN COUNTY, SOUTH CAROLINA

CONCEPTUAL LAND PLAN

SITE PLAN

03/23/21

| DRAWN BY: | RSA | CHECKED BY: | TPB |
| JOB NO. 2006029 | SCALE: 1" = 200' | SHEET 1 OF 1 |

*Exhibit 5*

**From:** Holly Richardson
**Sent:** Monday, April 19, 2021 2:14 PM
**To:** Theresa Floyd
**Subject:** Fw: [EXTERNAL]- Re: [EXTERNAL]- Planning Meeting of 15 April 2021


Will you please include this as correspondence for the Hospital PD amendment on the 4/27 agenda?

Holly H. Richardson
Director of Planning and Code Enforcement
Georgetown County
843-545-3254
hrichardson@gtcounty.org


**From:** CAPT S. Layne Smith <fastfa18@aol.com>
**Sent:** Monday, April 19, 2021 2:01 PM
**To:** Holly Richardson <hrichardson@gtcounty.org>
**Cc:** Theresa Floyd <tfloyd@gtcounty.org>; HOA Wedgefield Plantation <hoawedge@gmail.com>; wedgeassoc.com@frontier.com <wedgeassoc.com@frontier.com>
**Subject:** [EXTERNAL]- Re: [EXTERNAL]- Planning Meeting of 15 April 2021

**[CAUTION]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms Richardson,

Thank you for your prompt reply and an explanation of some of the points I raised.  I apologize for referring to the Planning Commission as the Planning Board.

I appreciate your offer to refer my comments to the Council and ask in particular you convey my concern regarding inflammatory language.  It is critical that this project be discussed based upon the legitimate concerns of Wedgefield Plantation residents and not allowed to be hijacked by individuals wishing to make it a race issue.

Sincerely,

CAPT S. Layne Smith USN (Ret)
67 Ballard Place
Georgetown, SC 29440
703-398-3416
fastfa18@aol.com

*Exhibit 5*

On Apr 19, 2021, at 11:41 AM, Holly Richardson <hrichardson@gtcounty.org> wrote:

Capt. Smith,

Thanks for your input.  I am happy to try and answer any questions you may have.  Unfortunately I cannot speak for the Commission members and why they did or did not address certain issues, but I will try and address the factual questions to the best of my ability.

1.  The site in question is being considered for the Low Income Housing Tax Credit (LIHTC) program which is administered by the IRS.  This site is not in a qualified census tract (QCT) but it is eligible for funding under the LIHTC program.  Sites within a QCT are awarded additional points in the scoring process for the program but it is not a requirement.  This site is within an opportunity zone. There are 135 opportunity zones in SC as designated by the Governor.  The map at this link shows this area in the "blue" opportunity zone for Georgetown County:

https://www.schousing.com/Home/Opportunity-Zones

---

## SC Housing

Opportunity Zones Opportunity Zones offer designated communities hope for affordable housing and other economic development. 2017 saw the passage of the Tax Cuts and Jobs Act of 2017 which established Opportunity Zones as a new investment in low income communities.

www.schousing.com

---

2.  I can't answer for the Board, but they are limited to acting on the requests that are brought before them.  I believe the tract that was presented is in the city limits and is not in our jurisdiction.
3.  Regarding traffic, the 2008 study is old and would be required to be updated before a conceptual plan for this project can be approved.  We would not approve development on this 16 acres based on that traffic study due to its age and because of the proposed change in use.  However, that study did address both traffic on Wedgefield Road

and at the intersection of 701 and Wedgefield Road.  The approved plan for the hospital shows 4 entrances on Wedgefield Road.  The 2008 study addressed each of those entrances separately.

This item will next come before County Council for first reading by title only on April 27th.  This means it will be on the agenda, but will not be discussed by Council as is typical.  2nd reading will be held on May 11th and it will be discussed at that time.  I will be happy to forward any comments you have regarding the meeting on to the Council members.

Thanks.

Holly H. Richardson
Director of Planning and Code Enforcement
Georgetown County
843-545-3254
hrichardson@gtcounty.org

**From:** CAPT S. Layne Smith <fastfa18@aol.com>
**Sent:** Friday, April 16, 2021 12:03 PM
**To:** Holly Richardson <hrichardson@gtcounty.org>
**Cc:** Theresa Floyd <tfloyd@gtcounty.org>; HOA Wedgefield Plantation <hoawedge@gmail.com>; wedgeassoc.com@frontier.com<wedgeassoc.com@frontier.com>
**Subject:** [EXTERNAL]- Planning Meeting of 15 April 2021

**[CAUTION]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Ms Richardson,

I attended the Planning meeting on 15 April as a resident of Wedgefield Plantation protesting the change to a PD to allow multi-family housing development on a tract of land situated on Wedgefield Road and Highway 701.  As you are aware, this property is owned by Tidelands Hospital.  It appears they are trying to recoup some of their loss in purchasing the land by obtaining a change to the PD.  The proposed change was ultimately approved by the Planning Board to go to the County Commission.

A great many members of the Wedgefield community came to protest the PD change and several spoke requesting denial of it.  However, none of the speakers spoke against the concept of multi-family housing, their concern was with the location, the dramatic congestion and traffic issues it would bring to the already dangerous intersection and the destruction of the surrounding environment.

A few of the contested facts brought to light were:

1) Is the area under consideration in a Development Zone? The agent said yes — residents who researched the question said no.  Why wasn't the Board interested enough in the answer to look into that question before voting?

2 ) A seemingly very suitable alternative to the Weehaw location was presented by one of the speakers, an alternative that appeared to offer a much more promising area for development.  Why didn't the Board at least consider investigating this area before voting?  They summarily disregarded the idea.  Had they already made up their minds?

3) A traffic study from 2008 was presented to illustrate that a change to allow multi-family housing development would reduce the traffic at the intersection of Wedgefield Road and 701.  This was incredibly disingenuous when the study was conducted under the premise that the traffic from the hospital would enter/exit on 701 and not Wedgefield Road.

There are a number of situations which can cause a decrease in residential property values not the least of which are traffic congestion and inferior infrastructure.  Wedgefield Road is a two lane road and the only way in and out of Wedgefield Plantation.  The intersection of Wedgefield Road, Highway 701 and Highway 51 is already an extremely dangerous one.  Any increase in development would only increase the danger and the congestion would not be mitigated by traffic lights or turning lanes.  This is the greatest concern of most Wedgefield Plantation residents.

I must also address the conduct of the meeting.  At one point the very large man operating the camera came and stood menacingly over and berated one of the members of the audience because of

an obscene gesture she had allegedly shown him: this happened while people were talking and the Board initially just watched.  Why weren't the proceedings quickly stopped, the situation defused, she either cautioned to behave or immediately ejected from the meeting and the man required to return to his duties?

Finally, as the last speaker from the public, the President of the local NAACP spoke.  It appeared his comments would be reasonable and conciliatory as he stated that he didn't disagree with any comments from those of us protesting the PD change.  However,  in the next breath he labeled all of us who opposed the change to the PD as racists.  In a moment he changed the discussion of the project from its merits and he made it a racial issue.  He proceeded to say that Wedgefield Plantation was "built on the backs of slaves" and he didn't get his "his 40 acres and a mule."  Ms Richardson I am not a racist and neither my home nor any other in Wedgefield Plantation was built on the backs of slaves.  It is extremely unfortunate and disappointing that the Board would cowardly and quietly tolerate such inflammatory language and the slander of members of an entire community and residents of Georgetown County.

Sincerely,

CAPT S. Layne Smith USN (Ret)
67 Ballard Place
Georgetown, SC 29440
703-398-3416
fastfa18@aol.com

**[CAUTION]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Coleman, We hope you will consider supporting our efforts.
Many thanks.
v/r
Ed. Wozniak

---

**From:** Edward Wozniak <ednatwoz@sc.rr.com>
**Sent:** Wednesday, April 21, 2021 10:56 AM
**To:** Edward Wozniak <ednatwoz@sc.rr.com>
**Subject:** Planning Meeting

**To:** Georgetown Planning Commission
Re: Meeting of 4-15-21
 Mr. and Mrs. Edward J. Wozniak, Jr.
50 Live Oak Lane
Georgetown, SC 29440
H: 843-545-9750    email ednatwoz@sc.rr.com

In the event you missed this deplorable meeting of the Georgetown Planning Commission on 4-15-21 that lacked ethical professionalism , it is our feeling, along with others, that their decision was already made weeks before the actual meeting. It was obvious it was all orchestrated and set up to do nothing more than shove this project down the resident's throats of the surrounding residential area, as well as they tried doing at Pawleys Island, with no success, they are noted for doing this across the country, and are now trying it here at Wedgefield Plantation, Windsor Plantation, Windsor Rd. development, Deerfield Rd. residents, all of Wedgefield Rd residents which is, and has been since the early 70's ,a quiet, low country community .
There were a couple of people mulling around during the meeting trying to intimidate us. They must think we are stupid not to know what was taking place. The developer had precedence over the entire meeting and was able to speak at will, where the residents of Wedgefield Plantation and others, only had 3 minutes. I would like to note here that the developer **lied numerous times** from what he had told us at the previous meeting at the Wedgefield Manor House.
Where was the power point presentation along with projected slides showing ALL 3 phases of this project, there were none!! Because they didn't want us to see them!!
There is concern that the Georgetown County Planning Commission was not able to make a fair decision on this project because of the influence of Tidelands Hospital and their desire to sell this land but in order to do so, it will need to be done in stages and so they turned it over to the State/County and have the local residents suffer the results!!!

This tract of land does not qualify for this project under previous studies. The traffic is horrendous and a main artery into Georgetown, Myrtle Beach ,Charleston, and I-95. The logging trucks run this route heavily, more so now than ever and two traffic lights will create more danger than we have now getting out of Wedgefield Rd.. There are also wetlands that will be

impacted. The information on the traffic study the developers were using was from 2008. A lot has changed in 13 years.

The developer states that this is going to create more jobs. Really! Show us how!!!! The steel mill is closed and the remaining International Paper and Walmart, and the Hospital are the three largest employers of Georgetown. We have never heard any complaints from either about housing for their employees. If they would let Lowes or Home Depot come in, then you could create hundreds of jobs.
Go less than a mile down on #701,  and the road behind Georgetown Kraft Credit Union Bank where there are 100 acres plus. Bubba Grimes represents this property and would love to sell it. It already has an existing traffic signal, a road in and out, restaurants, and numerous shopping centers , Doctors', Dentist, offices and more shopping centers across the street with a full-size Walmart and a Belk's!!! All within walking distance!!  This is also convenient to ALL the schools for the families that this project is intended to serve.

There is a location for everything and this is NOT the location. If you read the reviews on Blueline Developers   you will see that they are only interested in the tax credits that they get from selling these places so they can get tax breaks. Don't we want better for the residents who need affordable housing. There are many complaints online about the upkeep of these developments and Blueline Developers cannot sell them for 25 years per their speaker. It appears that the care of these units is not what it should be once people move in.

Send this developer back to Montana and put this project in his backyard. Maybe then he will realize there is more to building and owning a complex of this type and will learn to take better care of it and not try shoving it down our throats, and keep our beautiful low country environment as it is. This so-called meeting was a disgrace, insulting and disrespectful to all.

For all our residents of the surrounding area,
Respectfully submitted,
Ed. & Natalie Wozniak

**From:** Tracy Cristello
**Sent:** Wednesday, May 19, 2021 8:31 PM
**To:** John Thomas; Everett Carolina; Raymond Newton; Louis R. Morant; Bob Anderson; Lillie Johnson; Steve Goggans; Theresa Floyd
**Subject:** [EXTERNAL]- Rezoning of Wedgefield Road/Tidelands Hospital

**[CAUTION]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

We wanted to thank Bob Anderson and Raymond Newton for voting NO on Tuesday, May 11, 2021 in regards to rezoning this tract of land.

Mr. Carolina, we also appreciate your reasons for abstaining Tuesday night.  You spoke of many other areas that are in need of housing and they were not even considered.  You were right to state that the jobs need to come first.  There is no need for housing if there are no jobs to help support the people.

Lewis Morant must recuse himself from voting.  Mr. Morant's wife is on the Board of Tidelands Health.   This is a conflict of interest.

With every passing week, it is becoming more apparent that this deal is only to benefit Tidelands Health and Blue Line/Four Six.  This deal is all about money and tax credits.  IT IS NOT about helping and serving the people of Georgetown County.

If it were, it would be placed in areas where the housing is needed and would benefit the residents.  If this project is approved, it will be years and years before the areas that truly need the housing will ever receive the help.

We are asking everyone eligible to vote to VOTE NO.

James and Tracy Cristello
14 Live Oak Lane

 Virus-free. www.avast.com

*Exhibit 5*

## Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Kathleen Hayes*
Name

*11 Robert Conway Ct, Georgetown, S.C. 29440*
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_James Cristello_
Name _Tracy Cristello_     Tracy Cristello

_14 Live Oak Ln Georgetown SC 29440_
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Christine Walker*
Name

40 Governor Boone Ln.
Address  Georgetown SC 29440

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name.

144 John WATIES CT
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Kelsey Taylor_
Name

_16 William Screven Street_
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Summer A. Taylor
Name

110 William Screven St.
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Carter reed Parsons
_____
Name

234 Jerico Cort
_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Angie B. Carroll_
_____
Name

_16 William Screven Street_
_____
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Rick Wilson*
_____
Name

*181 Live Oak Lane*
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

KENNETH + FAILEY NEWBELN
**Name**

160 Captain Anthony White LN, Georgetown SC
**Address**

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____ (Dale McAlister)
Name

_164 Swamp Fox Lane  Georgetown, SC  29440_
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Barbara McAlister*
Name

*164 Swamp Fox Ln., Georgetown, SC 29440*
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Beverly Aliesle*
Name

*37 Possum Trot Place*
Address
*Georgetown, SC 29440*

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

GERALD R. MAHER
Name

249 KING GEORGE RD. GEORGETOWN, SC 29440
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Nicholas J Dunk_
**Name**

_568 Francis Parker Rd_
**Address**

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Joyce Fick*
_____
Name

*834 Francis Parker Rd, Georgetown*
_____
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Theresa Tran
Name

68 Ricefield Place
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Name _____

Address  31 Haig Ct Georgetown, SC 27440

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent

## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Hannah Thacker + Tyler Baxley
**Name**

138 Wedgefield village rd unit 32 Georgetown, SC
**Address**

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Lauren Miller Chapman
Name

102 King George Rd. Georgetown, SC 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_John W Seiple and Patricia Seiple_
Name

_59 King George Rd., Georgetown SC 29440_
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Yvette (Morgan) Kraus
Name

47 Joanna Gillard Lane, Georgetown, SC 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Maureen R. O'Leary
Name

80 Wedgefield Village Rd. - Unit 43
Address
Georgetown, SC 29440

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Gayle S Maxwell_
**Name**

_80 Wedgefield Village Rd #44 N Town SC 29440_
**Address**

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Patricia E. Mansfield*
Name

*176 Wedgefield Village Rd. Unit 17 Georgetown, S.C 29440*
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH
Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed
to this location because of increased traffic along Wedgefield Road and the safety
of our children along with our only ingress and egress from our homes, concerns
regarding the Conservation Easement along this property, protecting the
endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning
causing this to be a "spot" zoning, the investments going into Wedgefield County
Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

168 WILLIAM SCREVEN ST  GEORGETOWN  SC 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

## Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

72 William Screven St.
_____
Address   Georgetown, S.C. 29440

**Please return to the Wedgefield HOA office or drop box at the entrance map**

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Maureen Vasey_

Name

72 William Screven St.
Georgetown, S.C. 29440

Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Virginia R. DuBose*            Virginia DuBose
_____
Name

118 Wedgefield Village Rd. #41
Georgetown, SC 29440
_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Lysa Gillette_
Name

80 Wedgefield Village Rd #42, Georgetown SC 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Margaret C. Meyer_
Name

_2467 Wedgefield Road Georgetown, S.C. 29440_
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

KAREN ELLIS
_____
Name

194 King George Rd
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,


*Betty Ellis*
_____
**Name**


*45 Ricefield Pl., Georgetown, S.C.*
_____
**Address**



***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

George Marlowe
**Name**

2267 Wedgefield Rd.
**Address**

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Elizabeth Ann Pape*
Name

144 Jericho Ct. Georgetown S.C. 29440
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Paul W. & Linda K. Sandoe*
Name

*185 Wraggs Ferry Rd., Georgetown, SC 29440*
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Annie & Fredrick Holliday
_____
Name

39 Live Oak Lane
_____
Address    Georgetown     SC     29440

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

MICHAEL J. McKENNA
Name

108 William Screven Road
Georgetown, S.C. 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

*Carol*
and  Michael R. Sorokach, Jr.
358 Wraggs Ferry Rd
Georgetown, SC 29440

_____
Address

_____

_____

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Gary Wright
_____
Name

142 FRANCIS PARKER Rd.
_____
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

*Exhibit 5*

## Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Lois Ann Troup
Name

58 Wedgefield Village Rd #48, Georgetown County, SC 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

MICHAEL + SARA THACKER
Ryan THacka / Hennah THACKER
Names

455 Wragss Ferry Rd        Georgetown
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

L. HINSON FLOYD
Name

117 JOHN WATIES CT. GEORGETOWN SC 29440
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Julia C. Klewer_                    Julia C. Klewer
Name

945 Francis Parker Road, Georgetown SC
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Brad Parsons*
_____
Name

*143 John Waties Ct. Georgetown     SC 29440*
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Kelli Parsons
_____
Name

143 John Waties Ct. Georgetown SC 29440
_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Deborah Powell
Name

656 Wraggs Ferry Rd Georgetown SC 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

Miki Nadeau

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Esther Ward_
**Name**

_2127 Wedgefield Rd_
_Georgetown SC 29440_
**Address**

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH
Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed
to this location because of increased traffic along Wedgefield Road and the safety
of our children along with our only ingress and egress from our homes, concerns
regarding the Conservation Easement along this property, protecting the
endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning
causing this to be a "spot" zoning, the investments going into Wedgefield County
Club, and much more.

Please vote against this amendment.

Respectfully,

_Gregory Ryan, & Kristy Williams_
Name

_40 Captain Anthony White Ln._
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

LORETTA McCUTCHEN
_____
Name

905 FRANCIS PARKER RD. GEORGETOWN SC 29440
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Anthony Scott Powell Sr.
_____
Name

656 Wraggs Ferry Rd
_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

Miki Nadeau

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Hunter Altman
**Name**

87 William Screven St.
**Address**

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*William T. Nichols* ( WILLIAM T. NICHOLS )
**Name**

87 WILLIAM SCREVEN ST. GEORGETOWN, SC 29440
**Address**

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

87 William Screven
_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Jerry B Lec II*
_____
Name

*267 Field Loop Rd. Georgetown, SC*
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_William J Kennedy_     _William J Kennedy_
**Name**

_268 Francis Parker Road_
**Address**

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Sue ann McLaughlin_
Name

_211 Wedgefield Rd_
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

Dear New Wedgefield Resident,

WELCOME to the Wedgefield community! In your welcome bag you will find the 2019 Neighborhood Directory. We hope you will find the directory is useful for you in getting to know your neighbors and will contribute to the friendliness and safety of our community.

So that you can keep your directory as current as possible, as new residents join our neighborhood, we will be printing updates in the Wragg, a quarterly newsletter that will be mailed to you.

WE WANT YOU TO BE ADDED TO OUR UPDATES: so please fill in the form below and drop it off to Michelle in the HOA office OR you can send the information via email to:

**wedgeassoc.com@frontier.com**

NAME _Patricia H. Fletcher_

ADDRESS _93 Capt Anthony White Lane, Georgetown_

PREFERRED
PHONE _417-926-8519_

## Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Allen & Valerie Cooper*
_____
Name

*156 Live Oak Ln.*
_____
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Randar Wall
Name

2088 Wedgefield Road Georgetown SC 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Kelley Wall
Name

2088 Wedgefield Road  Georgetown, SC 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Patricia M. Fletcher_
Name

_33 Capt Anthony White Lane_
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

*I am particularly concerned about the increase in traffic at the intersection leading out of Wedgefield Rd. to 701. To turn left to go into town, we are already dealing with traffic from Pinsel Heights traveling @ 45 mph plus and also with traffic from hwy. 51 merging onto 701 just before we turn.*

Please vote against this amendment.

Respectfully,

*Candice K. Sorensen*

*It is already a difficult and dangerous situation. ~ Candy Sorensen*
*843.359.3080*

_____
Name

*114 John Green Lane, Georgetown*
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***



## Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Lynn W Floyd
Name

843-450-9352

1069 Wedgefield Rd
Address Georgetown, SC

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Bill Floyd*
Name

843-546-4734
1069 Wedgefield Rd Georgetown, SC. 29440
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Michael B. Zapf_
**Name**

_94 Wiggs Ferry Rd. Georgetown, SC. 29440_
**Address**


***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

9f Wraggs Ferry Rd. Georgetown, SC 29440
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

_____
94 Wiggs Ferry Rd. Georgetown, SC. 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_C. Melodie Saycox_

**Name**

_94 Wraggs Ferry Rd. Georgetown, SC 29440_

**Address**

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Werner & Magdalene Hoppe*
**Name**

*177 Capt. Anthony White Ln., Georgetown SC 29440*
**Address**

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Mary Ann Benson Coker
_____
Name

143 Francis Parker Rd. Georgetown, SC 29440
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Jane Blankenship
Name

614 Wraggs Ferry Rd.
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Faith Dyer
_____
Name

50 John Weites Ct. G'town, SC 29440
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Cheryl E Ramsey*
Name

*2415 Wedgefield Road   GeorgeTown, SC 29440*
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

ROBERT McRAE
_____
Name

82 Swamp Fox Ln. Georgetown, SC 29440
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*VINCE WEAVER*
Name

*268 WRAGGS FERRY RD*
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Brian & Jordan McClleland
**Name**

1405 Joanna Gillard Ln
**Address**

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Margie Domer_
Name

_60 Pool Place_
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Suzanne M. Baker                    *Suzanne M. Baker*
Name

964 Wedgefield Rd. Georgetown SC 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Rhetta R. Woodall*
**Name**

*80 Capt. Anthony White Lane*
**Address** *Georgetown, SC 29440*

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_David E. Kennerli & Berrele A. Kennerli_
**Name**

_2427 Wedgefield Road  2427 Wedgefield Rd_
**Address**
_Georgetown_

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# <u>Concerned Georgetown Constituent</u>
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GHM Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road (our only ingress and egress from our homes), concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,
Larry Lambert                                    Marjorie Lambert

_____        _____
Name

## Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Name _Larry Lambert_

_Larry Lambert_

Address _92 Joanna Gillard Lane_
_Georgetown, SC 29440_

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Marjorie Lambert
Name _Marjorie Lambert_

92 Joanna Gillard Lane
Address
Georgetown, SC 29440

**Please return to the Wedgefield HOA office or drop box at the entrance map**

*Exhibit 5*

IMG_6448.JPG

Download

## Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Barbara Bossack
Name _Barbara Bossack_

106 Joanna Gillard Lane
Address Georgetown, SC 29440

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

IMG_6448.JPG

Download

## Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Frederick Bossack*
Name    Frederick Bossard

*106 Joanna Gillard Ln Georgetown SC.*
Address    29440


***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Patricia A Lazarou*
_____
Name

*263 King George Rd*
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# VERY IMPORTANT!

## Please plan to attend the First, Second, & Third Readings regarding the "multi-family" amendment to the GMH Weehaw Campus PD on Wedgefield Road. Below is the schedule:

| Tuesday | April 27th | 5:30 PM | Howard Auditorium |

*This is the first reading and we have an opportunity to speak for the record*

| Tuesday | May 11th | 5:30 PM | Howard Auditorium |

*This is the second reading and we have an opportunity to speak for the record*

| Tuesday | May 25th | 5:30 PM | Howard Auditorium |

*This is the final vote and we have an opportunity to speak for the record*

## Please Attend ALL Meetings; it Really Matters, so that the Council sees that we are Seriously Opposed to this location. No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children, along our only ingress/egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning, the investments going into Wedgefield County Club, etc.

**PLEASE call our Georgetown County Council as many times as possible, even in outside of office hours, in an effort to show them our Opposition is Serious.**

| Georgetown Council Members | | | |
|---|---|---|---|
| John Thomas | District 1 | 843-237-3718 | johnthomas@gtcounty.org |
| Bob Anderson | District 2 | 843-543-2503 | RonCharlton@gtcounty.org |
| Everett Carolina | District 3 | 843-545-3280 | everettcarolina@gtcounty.org |
| " | Cell #: | 843-9027632 | " |
| Lillie Johnson | District 4 | 843-546-6307 | LillieJohnson@gtcounty.org |
| Raymond Newton | District 5 | 843-344-1527 | raymondnewton@gtcounty.org |
| Steve Goggans | District 6 | 843-545-3058 | stevegoggans@gtcounty.org |
| **Louis Morant** | **District 7** | **843-527-2448** | **LouisRMorant@gtcounty.org** |

Script to Use:

Hello, My name is _Michael M Walsh_
**I live & vote in your district.**
**I am opposed to the multi-family amendment to the Weehaw Campus.**
**Please vote NO.**

We are located in District 7, **Louis Morant**, so he is the primary person you want to call, but all of them are important, as they will give the final vote.

*Exhibit 5*

# VERY IMPORTANT!

**Please plan to attend the First, Second, & Third Readings regarding the "multi-family" amendment to the GMH Weehaw Campus PD on Wedgefield Road. Below is the schedule:**

| | | | |
|---|---|---|---|
| Tuesday | April 27th | 5:30 PM | Howard Auditorium |

*This is the first reading and we have an opportunity to speak for the record*

| | | | |
|---|---|---|---|
| Tuesday | May 11th | 5:30 PM | Howard Auditorium |

*This is the second reading and we have an opportunity to speak for the record*

| | | | |
|---|---|---|---|
| Tuesday | May 25th | 5:30 PM | Howard Auditorium |

*This is the final vote and we have an opportunity to speak for the record*

## Please Attend ALL Meetings; it Really Matters, so that the

Council sees that we are Seriously Opposed to this location. No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children, along our only ingress/egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning, the investments going into Wedgefield County Club, etc.

**PLEASE call our Georgetown County Council as many times as possible, even in outside of office hours, in an effort to show them our Opposition is Serious.**

| Georgetown Council Members | | | |
|---|---|---|---|
| John Thomas | District 1 | 843-237-3718 | johnthomas@gtcounty.org |
| Bob Anderson | District 2 | 843-543-2503 | RonCharlton@gtcounty.org |
| Everett Carolina | District 3 | 843-545-3280 | everettcarolina@gtcounty.org |
| " | Cell #: | 843-9027632 | " |
| Lillie Johnson | District 4 | 843-546-6307 | LillieJohnson@gtcounty.org |
| Raymond Newton | District 5 | 843-344-1527 | raymondnewton@gtcounty.org |
| Steve Goggans | District 6 | 843-545-3058 | stevegoggans@gtcounty.org |
| **Louis Morant** | **District 7** | **843-527-2448** | **LouisRMorant@gtcounty.org** |

| Script to Use: |
|---|
| Hello, My name is *Mr & Mrs. Worthy & Carol Clary* |
| I live & vote in your district. |
| I am opposed to the multi-family amendment to the Weehaw Campus. |
| Please vote NO. |

We are located in District 7, **Louis Morant**, so he is the primary person you want to call, but all of them are important, as they will give the final vote.

*Exhibit 5*

# VERY IMPORTANT!

**Please plan to attend the First, Second, & Third Readings regarding the "multi-family" amendment to the GMH Weehaw Campus PD on Wedgefield Road. Below is the schedule:**

| | | | |
|---|---|---|---|
| Tuesday | April 27th | 5:30 PM | Howard Auditorium |

*This is the first reading and we have an opportunity to speak for the record*

| | | | |
|---|---|---|---|
| Tuesday | May 11th | 5:30 PM | Howard Auditorium |

*This is the second reading and we have an opportunity to speak for the record*

| | | | |
|---|---|---|---|
| Tuesday | May 25th | 5:30 PM | Howard Auditorium |

*This is the final vote and we have an opportunity to speak for the record*

## Please Attend ALL Meetings; it Really Matters, so that the

Council sees that we are Seriously Opposed to this location. No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children, along our only ingress/egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning, the investments going into Wedgefield County Club, etc.

**PLEASE call our Georgetown County Council as many times as possible, even in outside of office hours, in an effort to show them our Opposition is Serious.**

| Georgetown Council Members | | | |
|---|---|---|---|
| John Thomas | District 1 | 843-237-3718 | johnthomas@gtcounty.org |
| Bob Anderson | District 2 | 843-543-2503 | RonCharlton@gtcounty.org |
| Everett Carolina | District 3 | 843-545-3280 | everettcarolina@gtcounty.org |
| " | Cell #: | 843-9027632 | " |
| Lillie Johnson | District 4 | 843-546-6307 | LillieJohnson@gtcounty.org |
| Raymond Newton | District 5 | 843-344-1527 | raymondnewton@gtcounty.org |
| Steve Goggans | District 6 | 843-545-3058 | stevegoggans@gtcounty.org |
| **Louis Morant** | **District 7** | **843-527-2448** | **LouisRMorant@gtcounty.org** |

**Script to Use;**

Hello, My name is ___Beth Rickman___

I live & vote in your district.

~~I am opposed to~~ the multi-family amendment to the Weehaw Campus.

Please vote NO.

We are located in District 7, **Louis Morant**, so he is the primary person you want to call, but all of them are important, as they will give the final vote.

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Florene Odgers_

Name

_512 Francis Parker Rd_

Address

Respectfully,

_Ken A. Odgers_

Name

_512 Francis Parker Rd_

Address

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Bobbi Michau*
Name

*118 Wedgefield Village Rd #38*
Address

Please do research on this developer, impact on natural resources, wildlife, etc. All factors must be considered and analyzed. I am sure you will conclude that the only logical vote is 'NO' to this amendment.

**Please return to the Wedgefield HOA office or drop box at the entrance map**

This county does not have the resources, man power or support to build in this location -
Please O Vote 'NO'O

*Thanks*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Worthy & Carol Clary_
Name

_24 Robert Conway Ct, Georgetown 29440_
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Anthony M. Davis    April Davis_
Name

_617 Francis Parker Rd.   Georgetown   SC   29440_
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

K. Brit Rodgers
Name

194 BURGIN PLACE. Georgetown, SC 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Robert T. Mayer, Sr.    Robert T Mayer_
Name

_2467 Wedgefield Rd._
_Georgetown, SC 29440_
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Colin R Young_
Name

_2149 Wedgefield Road_
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

## Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Robert & Christine Way
_____
Name

81 King George Rd, George Town
_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Bonnie D Frink_
Name

_12 Robert Conway Rd._
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

## Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Lucille M. Kelly*
_____
Name

*144 - John Waties Ct.*
_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Tom Cobb & Keitha Kessler
Name

185 Wraggo Ferry Rd.
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Cassie Grayson    Cassie Grayson_
Name

_862 Francis Parker Rd Georgetown SC_
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Bart Grayson
_____
Name

862 Francis Parke Rd    Georgetown S
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County *Country* Club, and much more.

Please vote against this amendment.

Respectfully,

_Diane Godwin Beason_
Name

_47 Daniell Morrall Ln._
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Annette M. Powers*
_____
Name

*13 Pool Place, Unit 59*
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Steve M. Garman_
_____
Name

_2651 Wedgefield Rd, Georgetown_
_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Beth A. Garman*
Name

*2651 Wedgefield Rd, Georgetown*
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

EDWARD WOZNIAK
Name

50 LIVE OAK LANE- GEORGETOWN S.C.
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Ron Pietkewin_
Name

_38 HAIG CT GEORGETOWN, 29440_
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Marri Pulkinen_
Name

_38 Haig Ct_
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Timothy D. Lee & Mala Lee
_____
Name

197 Robert Conway Crt Georgetown S.S. 29440
_____
Address          843-240-8596 —    843-240-1822

⭐ Find another Location ⭐

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Kevin B Randall*

_____
Name

252 King George RD Georgetown, SC 29440
_____
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Keith R. Wilso* _____
Name

_204 Jericho Court, Georgetown, SC 29440_
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Ronda G. Wilson
_____
Name

204 Jericho Court, Georgetown SC
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_E. Louise Love_
Name

_115 Haig Court Georgetown, S. C. 29440_
Address

_I humbly and sincerely ask that you, Mr Mora_
_will vote against this amendment. Please._

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

BRADLEY TILLER
_____
Name

348 ROBERTS RD
_____
Address   (GEORGETOWN, SC 29440)

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# <u>Concerned Georgetown Constituent</u>
### Wedgefield Road Neighbor

Louis R. Morant
**Councilman, District 7**
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

LEE ANN TILLER
Name

348 ROBERTS RD GEORGETOWN, SC 29440
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

## Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Louis H. Hutto III_

Name

_31 Retreat Lane, Georgetown, SC 29440_

Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Lisa H Hutto
_____
Name

31 Retreat Ln, Georgetown, SC 29440
_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Mark T Hess*                    *Carol Sue Hess*
_____
**Name**

*875 Wragg Ferry Rd*        *Georgetown, S.C. 29440*
_____
**Address**

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Bobby + Suzanne Boyette*
Name

*32 Possum Trot Place Georgetown SC*
Address *Wedgefield Plantation*
*It appears to me, that there is more suitable land available within walking distance of the local businesses & schools.*

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Cynthia Tyson Soles*
Name

*238 King George Road, Georgetown S.C. 29440*
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

J.L & Beth McAlister
Name

211 Live Oak, Georgetown, SC 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

INGE EBERT
_____
Name

158 Wedgefield Village Rd
Georgetown SC 29440
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

## Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

R. Neal Swann
_____
Name

56 William Screven Rd
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Lisa L Swann_
_____
Name

_56 William Screven Rd, Gtn_
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

James Chapman    + Lauren Adams
_____
Name

273 Francis Parker Rd.
_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Sharon Benford_
Name

_27 Pool Place Unit 78 Georgetown SC 29440_
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Charles Baruca_
_____
Name

_71 Governor Boone Ln_
_____
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Kathleen C. McMahan*
Name

*1082 Francis Parker Rd.*        *Georgetown, SC 29440*
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Name    *Robert L McMahan*

Address    *1082 Francis Parker Rd Georgetown, SC*

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_JONNIE D STANLEY LECHLONE_
**Name**

_94 KING GEORGE RD_
**Address**

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Vickie Beard
**Name**

1095 Francis Parker Rd.
**Address** Georgetown, SC 29440

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Dave Beard_
_____
Name

_1095 Francis Parker Rd, Georgetown, SC_
_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*
7/26/2021

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Edward and Sharon Kruck_
Name

_401 Wraggs Ferry Rd    Georgetown, SC 29440_
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

NANCY JOHNSTON + TOM JOHNSTON
_____
Name

112 SWAMP FOX Lane    Georgetown, SC
_____
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Patricia A. Coleman_
Name

_33 Daniel Morrall Ln, Gtn._
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more. *I believe there are other better suited locations for this need. They should be considered first. I am*

Please vote against this amendment.

Respectfully,

_____
Name   *John M Brill*

_____
Address   *73 Swamp Fox Lane,*
*Georgetown, SC 29440*

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Custis & Janet Smith_
Name

_603 Francis Parker Road Georgetown, S.C. 29440_
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

BENJAMIN M. DAVIS III
Name

97 KING GEORGE ROAD, GEORGETOWN, SC 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Bonnie Myers*
Name

*21 Swamp Fox Lane Georgetown, SC 29440*
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

*WRONG LOCATION*
*too DISTANT – 2+ miles to Walmart*

Please vote against this amendment.

Respectfully,

Joe Myers          Joseph M Myers Sr
Name

21 Swampfox Ln GTown SC 29440
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

DALE HAYMAN     *Dale Hayman*
Jean Hulse-Hayman     *Jean Hulse-Hayman*
Name

49 PINE GROVE LN. GEORGETOWN, SC. 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Michelle Downes
Michael J. Downes Jr

Name

2829 WEDGEFIELD RD. Georgetown SC. 29440

Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____ (Barbara Nichols)
Name

_____88 John Waites Ct. Georgetown, S.C._____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_(signature)_ (Robert C. Nichols
_____
Name

88 John Waites Ct, Georgetown, SC.
_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Heather Dreher*
Name

*965 Francis Parker Rd, Georgetown*
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

GARY DREHER
_____
Name

965 FRANCIS PARKER RD. , GEORGETOWN
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

_____
173 CAPTAIN ANTHONY WHITE LN  GEORGETOWN
Address                                                    29440

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

George + Florence Hanson
_____
Name

116 Capt. Anthony White Lane Georgetown SC. 29440
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Robin P. Brown_ & _C. L. Brown_, CAPT, USN(Ret)
_____
Name

_75 Pinegrove Lane_
_Georgetown SC_
_____
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Michaele Nadeau

Wedgefield Resident
99 Haig Court
Georgetown, SC 29440

RE:    GMH Weehaw Campus to add multi-family to the Planned Development
TMS#02-1009-02-23/ Case # AMPD 3-21-27264

Dear Councilman Morant,

My husband and I have invested in Georgetown County for more than 7 years, as my husband has been a builder and real estate investor for more than 39 years. We truly believe and support Georgetown and feel the future is very bright for this specific area of SC.

My husband with his vast experience in building and investing has looked at the situation and came up with an alternative that BlueLine and Four6 Development should concerned versus the current GMH Weehaw Campus which is up for before the Council.

There is a property located on Fraser Street in Maryville area of Highway of 17 (MLS# 1704355) which has been for sale for some time and provides for a better location because of several factors:

- 28.4 acres at $890,000 asking price VS. 16 acres at $800,000
- Lower cost per acre: $31,000 VS. $50,000
- Potential of 170 units based on Four 6 & BlueLine's calculations of 6 units per acre, which will support the "670" units that are recommended on the Bowen National Research Study that Georgetown paid for VS. Only 90 units
- Better topographic lot VS. A lot with expected drainage issues.
- Rear entrance access on Old Charleston Road to lot VS. Only one entrance road access (Wedgefield Road)
- Located with one half mile of a full service grocery store (Food Lion) & other amenities, along with a fire station and daycare across the street VS. Walmart over 2 miles away.

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

James Cavanaugh
_____
Name

258 King George Rd.
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Marcia & Forrest Dover_
Name

_127 William Screven St. Georgetown SC 29440_
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

_____99 Harg Court  Geortown  S.C.  29440_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

## Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Michael Walsh*
_____
Name

*97 Governor Berne Ln*
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Dan, Sara, & Brooke Dell'Orfano_
**Name**

_59 Captain Anthony White Lane_
**Address**

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Steve + Susan Tomlin_
Name

_75 Haig Court   G'town, SC 29440_
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Carol A McRae*
Name

*82 Swamp Fox Ln, Georgetown SC 29440*
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Robert + Judy Troup_
Name

_208 Live Oak Lane_
_Georgetown S.C.          29440_
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# <u>Concerned Georgetown Constituent</u>
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Frederick Bossack          Barbara Bossack
Name Frederick Bossack      Barbara Bossack

106 Joanna Gillard Lane, Georgetown, SC
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Larry & Marjorie Lambert
_____
Name

92 Joanna Gillard Lane, Georgetown
_____
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Ann & Edward G Selkes*
_____
Name

*164 Jericho Ct. Georgetown, S.C. 29440*
_____
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Mary and Timmy Wall_
Name

_229 Tradd Rd. Windsor Plantation_
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

127 Swamp Fox Lane Gtown/SC 29440
_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# <u>Concerned Georgetown Constituent</u>
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Karen Crocker Seabrook*
_____
Name

*127 Swamp Fox Lane Georgetown SC 29440*
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Shirley Peterson_
Name

_2460 Wedgefield Rd._
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Carl + Robin Baughn
**Name**

44 Ricefield Place, Georgetown, SC 29440
**Address**

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

JAMES R. PRICE
_____
Name

526 FRANCES PARKER Rd.
_____
Address
GeorgeTown, S.C. 29440

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*LeeRoy B. & Sheila Howell*
Name

*XX Jericho Ct Georgetown SC 29440*
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_William Gray_
_____
Name

53 John Green Ln          G-Town S.C. 29440
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Ann Cross*   Ann Cross
Name

288 Francis Parker Rd. Georgetown SC 29440
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*EDWIN J. HALLORAN*
*MAUREEN V. HALLORAN*
_____
Name

*315 FRANCIS PARKER Rd, Georgetown, SC*
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

## Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Randy & Laura Vaughan     Frank R. Vaughan_
Name

_909 Gov Johnston   Georgetown, SC 29440_
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Elizabeth F. Nules*
Name

231 Governor Johnston Rd.
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Amanda D Suggs
_____
Name

245 Gov. Johnston Rd
Georgetown, SC 29440
_____
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Duffin C. Mitchum Jr._
Name

_175 Jericho Ct. Georgetown S.C_
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Audrey C. Wagner_
Name

_252 William Screven St._
Address _Georgetown, SC 29440_

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Patricia T. Geiger*
_____
Name

*434 Wraggs Ferry Rd (Wedgefield)*
*Georgetown, SC 29440*
_____
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*C. Allen O'Neill*
_____
Name

*99 Swamp Fox Ln.    Georgetown S.C. 29440*
_____
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Selven Layne Smith; Val. R. Smith*
_____
Name

*67 Ballard Place, Georgetown, SC 29440*
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Peggy Phillips / *Peggy Phillips*
Name

54 Haig Court, Georgetown, SC
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

4/26/21
Council members,

I ask you to look at alternatives to the GMH property on Wedgefield road for affordable housing. For example, the larger tract of land near the Family Y, that was suggested for development several years ago. Locating at this site would prevent many of the concerns associated with the Wedgefield road location, In addition, there would be considerable room for expansion. At the current rate of migration, there may be five million new people in the US in next four years. It is prudent for us to plan for 500 to 1000 locating here. The highway 51 location would allow for the accommodation of this as well as additional infrastructure such as schools.

Thanks,

Bill Steiner

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Thomas Macedo & Diane Macedo_
Name _____  _Diane Macedo_

_351 Francis Parker Rd   Georgetown, S.C. 29440_
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

58 Pool pl #72 GeorgeTown, Se 29440
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Andrea Casiano_
Name

_2170 Wedgefield Rd Georgetown, SC_
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____  Thomas Olejniczak
**Name**

1200 Frances Parker RD Georgetown, SC 29440
**Address**

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Herbert Speight SR
Name

199 Live OAK LANE  Georgetown S.C
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

WAYNE D WARD - Wayne D. Ward
_____
Name
Wedgefield Plantation Country Club
56 John Green Lane
Georgetown, SC 29440            4-25-2021
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Deanna Simons*     *Cid Simon*
Name

54 Possum Trot Pl., Georgetown, S.C. 29440
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Bryant & Julia Klewer*
Name

*945 Francis Parker Rd. Georgetown SC 29440*
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Philip S T Thomas        Brenda S. Thomas*
Name

*146 Wraggs Ferry Rd*
Address

**Please return to the Wedgefield HOA office or drop box at the entrance map**

## Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

William P. Cox
_____
Name

288 FRANCIS PARKER RD 29440
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Joe & Brenda Martin
Name

2165 Wedgefield Road
Georgetown, SC 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Kassi Jo Lloyd*
Name

*185 John Waites Ct.*
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Name_

_Address_

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Joye H. Avant*
Name

*16 John Green Lane*
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

## <u>Concerned Georgetown Constituent</u>
### Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

157 Swamp Fox Lane G-town SC 29440
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Eric Thomas Chapman II
_____
Name

102 King George Rd. Georgetown, SC. 29440
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____Lewis Joh Bergh_____
**Name**

_434 Wraggs Ferry Road Georgetown SC 29440_
**Address**

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Name

Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Chris + Angie Carrell*
_____
Name

*16 William Screven Street*
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_____
Name

75  Field  Loop  Road
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

*Exhibit 5*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Jennifer Olejniczak*
Name

*1200 Francis Marker Rd   Georgetown, SC   29440*
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

## Concerned Georgetown Constituent
Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Stephen Sipe*
Name

120 Wraggs Ferry Rd Georgetown, SC 29440
Address

*Please return to the Wedgefield HOA office or drop box at the entrance map*

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

Stacy M Sipe
Name

120 Wraggs Ferry Rd    Georgetown, SC 29440
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

_Cindy L. Sipe_
_____
Name

_120 Wraggs Ferry Rd Georgetown SC_
_29440_
_____
Address

***Please return to the Wedgefield HOA office or drop box at the entrance map***

# Concerned Georgetown Constituent
## Wedgefield Road Neighbor

Louis R. Morant
Councilman, District 7
P.O. Drawer 437
Georgetown, SC 29442

Dear Councilman Morant,

I live and vote in your district. I am opposed to the amendment to the GMH Weehaw Campus to add multi-family to the Planned Development.

No one is opposed to affordable housing for Georgetown, we are simply opposed to this location because of increased traffic along Wedgefield Road and the safety of our children along with our only ingress and egress from our homes, concerns regarding the Conservation Easement along this property, protecting the endangered Red-Cockaded Woodpecker in Weehaw, no surrounding similar zoning causing this to be a "spot" zoning, the investments going into Wedgefield County Club, and much more.

Please vote against this amendment.

Respectfully,

*Pamela C. Sipe*
Name

*120 Wraggs Ferry Rd, Georgetown, SC*
Address                                    *29440*

***Please return to the Wedgefield HOA office or drop box at the entrance map***