IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| MST, LLC, | ) | Civil Action No.   2:22-cv-874-DCN |
| | ) | |
| Plaintiff, | ) | **SUMMONS TO** |
| | ) | **COUNTERCLAIMS** |
| vs. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| North American Land Trust and Georgetown Memorial Hospital, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO:   THE PLAINTIFF ABOVE-NAMED, BY AND THROUGH ITS ATTORNEY, G. TRENHOLM WALKER, ESQUIRE

YOU ARE HEREBY SUMMONED and required to answer the Counterclaims herein, a copy of which is hereby served upon you, and to serve a copy of your Answer to the said Counterclaims upon the subscribers at Post Office Box 3939, Myrtle Beach, South Carolina 29576, within twenty one (21) days after service hereof except as to the United States of America, which shall have sixty (60) days, exclusive of the day of such service, and if you fail to answer the Counterclaims within the time aforesaid, judgment by default will be rendered against you for the relief demanded in the Counterclaims.

                            NELSON MULLINS RILEY & SCARBOROUGH LLP

                            By: s/*Wesley T. Moran*
                                Wesley T. Moran
                                Federal Bar No. 12797
                                E-Mail: wes.moran@nelsonmullins.com
                                3751 Robert M. Grissom Parkway / Suite 300
                                Post Office Box 3939 (29578-3939)
                                Myrtle Beach, SC 29577-6412
                                (843) 448-3500
                                ***Attorney for Defendant***

Myrtle Beach, South Carolina
November 22, 2022