AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| MST, LLC<br>*Plaintiff*<br>v.<br>Georgetown Memorial Hospital<br>*Defendant, Third-party plaintiff*<br>v.<br>James Murren and Heather Murren<br>*Third-party defendant* | )<br>)<br>) Civil Action No. 2:22-cv-874-DCN<br>)<br>)<br>)<br>)<br>) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Heather Murren
10000 W Charleston Blvd., Suite 240
Las Vegas, NV 89135

　　　A lawsuit has been filed against defendant   Georgetown Memorial Hos, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   MST, LLC   .

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Wesley Moran, Esquire
Nelson Mullins Riley & Scarborough, LLP
P.O. Box 3939
Myrtle Beach, SC 29578

　　　It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
G. Trenholm Walker, Equire
Walker Gressette & Linton, LLC
PO Drawer 22167, Charleston, SC 29413

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

　　　A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:22-cv-874-DCN

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Heather Murren
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: