AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| MST, LLC,<br>*Plaintiff*<br>v.<br>North American Land Trust, Georgetwon Memorial Hospital,<br>*Defendant*<br>Georgetown Memorial Hospital<br>*Counterclaim-Plaintiff*<br>vs.<br>MST, LLC<br>*Counterclaim-Defendant*<br><br>Georgetown Memorial Hospital,<br>*Third-Party Plaintiff*<br>vs.<br>James Murren and Heather Murren,<br>*Third-Party Defendants* | Civil Action No.    2:22-cv-00874-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, MST, LLC, shall take nothing of Defendants, as to the complaint filed pursuant to 28 U.S.C. § 1331(a) and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding.

Date:   May 22, 2023                                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/H.Cornwell
                                                                                        _____
                                                                                        *Signature of Clerk or Deputy Clerk*