UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| MST, LLC, ) | C/A No. 2:22-cv-00874-DCN |
| ) | |
| Plaintiff, ) | **PLAINTIFF MST, LLC'S RESPONSE TO** |
| ) | **DEFENDANT GEORGETOWN** |
| Versus ) | **MEMORIAL HOSPITAL'S FIRST** |
| ) | **REQUEST FOR PRODUCTION OF** |
| North American Land Trust and Georgetown ) | **DOCUMENTS** |
| Memorial Hospital, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Local Civil Rule 16.03, counsel for the Plaintiff, MST, LLC certifies that they have (1) provided the parties with any materials relating to ADR that were required to be provided by the Local Civ. Rule 16.01 (D.S.C.) scheduling order; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel.

Respectfully Submitted,

*s/ James W. Clement*
**G. Trenholm Walker (Fed ID# 4487)**
Direct: (843) 727-2208
Email: Walker@WGLFIRM.com
**John P. Linton, Jr. (Fed ID# 11089)**
Direct: (843) 727-2252
Email: Linton@WGLFIRM.com
**James W. Clement (Fed ID# 12720)**
Direct: (843) 727-2224
Email: Clement@WGLFIRM.com
**WALKER GRESSETTE & LINTON, LLC**
Mail:   P.O. Drawer 22167, Charleston, SC 29413
Office: 66 Hasell Street, Charleston, SC 29401
Phone: (843) 727-2200

***ATTORNEYS FOR THE PLAINTIFF***

April 8, 2024
Charleston, South Carolina