UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| MST, LLC, | ) | C/A No. 2:22-cv-00874-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| versus | ) | |
| | ) | |
| North American Land Trust and | ) | |
| Georgetown Memorial Hospital, | ) | |
| | ) | |
| Defendants. | ) | **PLAINTIFF'S SUPPLEMENTAL** |
| | ) | **LOCAL RULE 26.03 REPORT** |
| Georgetown Memorial Hospital, | ) | |
| | ) | |
| Third-Praty Plaintiff, | ) | |
| | ) | |
| versus | ) | |
| | ) | |
| Kyle Young and Jacqueline Young | ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| | ) | |

The Plaintiff submits this supplemental Local Rule 26.03 Report as follows:

I. RESPONSE TO LOCAL CIVIL RULE 26.03 CONTENT

3) The names and subject matter of expert witnesses (if no witnesses have been identified, the subject matter and field of expertise should be given as to experts likely to be offered).

    a.    Travis H. Folk, Ph.D.
           Folk Land Management, Inc.
           3515 White Hall Road
           Green Pond, SC  29446
           (843) 844-2290

Dr. Folk is a biologist whose fields of expertise include, but are not limited to, wildlife and land management, wetlands management, habitat management, and

evaluation of the natural resources that are identified as conservation values and conservation resources in the baseline documentation report for the Conservation Easement for Weehaw.

        Respectfully submitted,

        *s/ G. Trenholm Walker*
        **G. Trenholm Walker (Fed ID# 4487)**
        Direct: (843) 727-2208
        Email: Walker@WGLFIRM.com
        **John P. Linton, Jr. (Fed ID# 11089)**
        Direct: (843) 727-2252
        Email: Linton@WGLFIRM.com
        **James W. Clement (Fed ID# 12720)**
        Direct: (843) 727-2224
        Email: Clement@WGLFIRM.com
        **WALKER GRESSETTE & LINTON, LLC**
        Mail:   P.O. Drawer 22167, Charleston, SC 29413
        Office: 66 Hasell Street, Charleston, SC 29401
        Phone: (843) 727-2200

        ***ATTORNEYS FOR PLAINTIFF, MST, LLC***

September 26, 2024
Charleston, South Carolina