UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| MST, LLC, | C/A No. 2:22-cv-00874-DCN |
| Plaintiff, | |
| vs. | |
| | **PLAINTIFF'S RULE 26(a)(2) EXPERT WITNESS DISCLOSURE** |
| North American Land Trust and Georgetown Memorial Hospital, | |
| Defendants. | |
| Georgetown Memorial Hospital, | |
| Third-Party Plaintiff, | |
| vs. | |
| Kyle Young and Jacqueline Young, | |
| Third-Party Defendants. | |

Plaintiff, MST, LLC, through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(a)(2), hereby discloses the following individual who it may use to present evidence at trial under Rules 702, 703, and/or 705 of the Federal Rules of Evidence:

Travis H. Folk, Ph.D.
Folk Land Management, Inc.
3515 White Hall Road
Green Pond, SC  29446
(843) 844-2290

Plaintiff certifies that a written report will be prepared upon the conclusion of Defendants' expert witnesses' depositions. Those reports, and all information required by Fed. R. Civ. P. 26(a)(2)(B) will be made available at the same time.

Plaintiff reserves the right to supplement this expert witness disclosure and also the right to call as an expert witness at trial any expert witness disclosed by any other party to this case.

Respectfully submitted,

*s/ G. Trenholm Walker*
**G, Trenholm Walker (Fed. ID No. 4487)**
Email:  Walker@WGLFIRM.com
**John P. Linton, Jr. (Fed. ID No. 11089)**
Email:  Linton@WGLFIRM.com
**James W. Clement (Fed. ID No. 12720)**
Email:  Clement@WGLFIRM.com
**WALKER GRESSETTE & LINTON, LLC**
Mail:    P.O. Drawer 22167, Charleston, SC 29413
Office:  66 Hasell Street, Charleston, SC 29401
Phone:  (843) 727-2200

***ATTORNEYS FOR PLAINTIFF, MST, LLC***

Charleston, South Carolina
September 26, 2024

2