# Exhibit B

02971

BOOK 284 PAGE 209

STATE OF SOUTH CAROLINA )
) GENERAL WARRANTY DEED
COUNTY OF GEORGETOWN )

KNOW ALL MEN BY THESE PRESENTS, that We, Harriott Barnwell Howell, Margaret Barnwell Harvin and Isabella Barnwell Lerch (hereinafter whether singular or plural the "Grantor") in the State aforesaid, for and in consideration of the sum of ONE MILLION SIX HUNDRED THOUSAND AND NO/100 DOLLARS ($1,600,000.00) to the Grantor paid by Larry D. Young, (hereinafter whether singular or plural the "Grantee") have granted, bargained, sold and released, and by these presents do grant, bargain, sell and release unto the said Grantee the following described property:

All that tract of land in Tax District Number 2 in the County of Georgetown, State of South Carolina, being one of three separate tracts of land, which contain in the aggregate 1098.9 acres, all designated as "Tract B" on a certain plat by Samuel M. Harper, R.L.S. dated 21 November 1978 entitled "Map of Weehaw Plantation containing 1231.3 acres in Tax District No. 2, and 266.7 acres in Tax District No. 3 Total area-1498 acres", said plat shows a "Proposed Division" dated 20 September 1985, said tract hereby described and conveyed containing 889.9 acres, and lying on the West side of Black River and Butting and Bounding as follows: to the Northwest, North and Northeast on a public road designated as S. C. Highway #22-325 and on a portion of Weehaw Plantation designated as a portion of Parcel A conveyed to Leonora Cheves Brockinton; to the East and South on Black River; to the Southwest on lands designated on said plat as belonging to Omar Shrine Temple, Colonial Estates, Kensington Estates and Rasheed; and to the West on U. S. Highway #701. All of which will more fully appear reference being had to said plat which is filed in Georgetown County in Judgment Roll Number 84-CP-22-376.

ALSO:

All that tract of land in Tax District Number 2 in the County of Georgetown, State of South Carolina, being one of three separate tracts of land, which contain in the aggregate 1098.9 acres, all designated as "Tract B" on a certain plat by Samuel M. Harper, R.L.S. dated 21 November 1978 entitled

FILED
BETTY L. WILLIAMS
C.C.C.P.&G.S.
MAY 3  4 10 PM '88
GEORGETOWN COUNTY, S.C.

Grantee's Address:
P.O. Box 1885
Pawleys Island, SC 29585

1

BOOK 284 PAGE 210

"Map of Weehaw Plantation containing 1231.3 acres in Tax District No. 2, and 266.7 acres in Tax District No. 3 Total area-1498 acres", said plat shows a "Proposed Division" dated 20 September 1985, said tract hereby described and conveyed containing 144.1 acre and lying between and at the confluence of Peedee and Black Rivers and Butting and Bounding: to the North on undesignated lands; to the East and Southeast on Peedee River and to the West on Black River. All of which will more fully appear reference being had to said plat which is filed in Georgetown County in Judgement Roll Number 84-CP-22-376.

ALSO:

All that tract of land in Tax District Number 3 in the County of Georgetown, State of South Carolina, being one of three separate tracts of land, which contain in the aggregate 1098.9 acres, all designated as "Tract B" on a certain plat by Samuel M. Harper, R.L.S. dated 21 November 1978 entitled "Map of Weehaw Plantation containing 1231.3 acres in Tax District No. 2, and 266.7 acres in Tax District No. 3 Total area-1498 acres", said plat shows a "Proposed Division" dated 20 September 1985, said tract hereby described and conveyed containing 64.9 acres lying on the Southeast side of Peedee and Black Rivers and Butting and Bounding: to the Southeast and Southwest on undesignated lands; and to the Northwest on Black and Peedee Rivers. All of which will more fully appear reference being had to said plat which is filed in Georgetown County in Judgment Roll Number 84-CP-22-376.

Saving and excepting therefrom all that tract of land in tax district #2 as shown as tracts 1, 2 and 3 on a map of 166.34 acres of land in tax district #2, Georgetown County, South Carolina, being a part of Weehaw Plantation surveyed for Margaret Barnwell Harvin by Samuel M. Harper, R.L.S. dated April 29, 1988 and recorded in the office of the Clerk of Court for Georgetown County, South Carolina in plat book        at page        simultaneously herewith. Said tracts when taken together Butt and Bound as follows: On the Northwest by U.S. Highway 701; on the North and Northeast by the remaining part of Weehaw Plantation; on the Southeast by the Black River and on the South and Southwest by unnamed

BOOK 284 PAGE 211

lands, Colonial Estates, Kensington Estates, and property of Rasheed. All of which will more fully appear reference being had to said plat which is hereby made, pro tanto, a part and parcel hereof by reference.

The above described premises having been conveyed to the Grantor herein by deed of Betty L. Williams, Clerk of the Court of Common Pleas of the County of Georgetown, State of South Carolina, dated March 18, 1986 and recorded in the office of the Clerk of Court for Georgetown County, South Carolina in deed book 234 at page 96 on March 18, 1986.

**TOGETHER** with all and singular, the rights, members, hereditament and appurtenances to the said premises belonging or in anywise incident or appertaining.

TO HAVE AND TO HOLD all and singular the premises before mentioned unto the said Grantee, his heirs and assigns forever.

And the Grantor does hereby bind their Heirs, Executors, and Administrators, to warrant and forever defend all and singular the said premises unto the said Grantee and the Grantee's Heirs and Assigns, against the Grantor and Grantor's Heirs and against every person whomsoever lawfully claiming, or to claim, the same or any part thereof.

WITNESS the Hand and Seal of the Grantor this 29th day of April in the year of our Lord one thousand nine hundred and eighty-eight and in the two hundredth and twelfth year of the Sovereignty and Independence of the United States of America.

SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF:

_[signatures]_ Harriott Barnwell Howell

_[signatures]_ Margaret Barnwell Harvin

_[signatures]_ Isabella Barnwell Lerch

3

BOOK 284 PAGE 212

STATE OF SOUTH CAROLINA )
)
COLLETON COUNTY )

PERSONALLY appeared before me the undersigned witness and made oath that s/he saw the within named Harriott Barnwell Howell sign, seal and, as her act and deed, deliver the within-written Deed for the uses and purposes therein mentioned and s/he, with the other witness whose signature appears above witnessed the execution thereof.

Sworn to before me this 29th
day of April, 1988.

Notary Public for South Carolina
My Commission Expires: 12-7-98

STATE OF SOUTH CAROLINA )
)
GEORGETOWN COUNTY )

PERSONALLY appeared before me the undersigned witness and made oath that s/he saw the within named Margaret Barnwell Harvin sign, seal and, as her act and deed, deliver the within-written Deed for the uses and purposes therein mentioned and s/he, with the other witness whose signature appears above witnessed the execution thereof.

Sworn to before me this 29th
day of April, 1988.

Notary Public for South Carolina
My Commission Expires: 7/8/95

4

BOOK 284 PAGE 213

STATE OF ARIZONA )
)
COUNTY OF Maricopa )

This instrument was acknowledged before me this 29th day of April, 1988 by Isabella Barnwell Lerch.

In witness whereof I have hereunto set my hand and official seal.

Betsy Beckwith
Notary Public for Arizona

My Commission Expires:
[Seal] My Commission Expires Jan. 8, 1990



5

BOOK 284 PAGE 214

889.9
1441.1
1419
Waccamaw
Blvd

M'hair (GLN)

**State of South Carolina,**
COUNTY OF GEORGETOWN

GENERAL
WARRANTY
DEED

Harriott Barnwell Howell,
Margaret Barnwell Harvin &
Isabella Barnwell Lerch

to

Larry D. Young

April 30, 1988

LAW OFFICE
**JACK M. SCOVILLE, JR.**
104 SCREVEN STREET
GEORGETOWN, S.C. 29440

Recorded this 4th day of
May A.D. 19 88
in Book 44 Page 411
Charles Swinton County
Auditor, Georgetown Co., S.C.

COUNTY PARCEL #
2-1009-18
3-488-1
3-488-2

FILED
BETTY L. WILLIAMS
CCCP&G.S.
MAY 3  4 10 PM '88
GEORGETOWN COUNTY, S.C.
BOOK 284 PAGE 209
Deputy