# Exhibit C

02972

## ORIGINAL
BOOK 284 PAGE 215

STATE OF SOUTH CAROLINA)
COUNTY OF GEORGETOWN )

TITLE TO REAL ESTATE

KNOW ALL MEN BY THESE PRESENTS THAT I, LARRY YOUNG,

in the State aforesaid, for and in consideration of the sum

of FIVE AND NO/100 ($5.00) DOLLARS AND LOVE AND AFFECTION, to

me in hand paid at and before the sealing of these presents

by JUDY S. YOUNG, the receipt whereof is hereby acknowledged,

have granted, bargained, sold and released and by these

Presents do grant, bargain, sell and release unto the said

JUDY S. YOUNG, A ONE-HALF UNDIVIDED INTEREST IN AND TO THE

REAL PROPERTY DESCRIBED ON "EXHIBIT A", ATTACHED HERETO AND,

PRO TANTO, MADE A PART AND PARCEL HEREOF.

> Derivation: Being the same premises conveyed to the
> Grantor herein by Deed of Harriott Barnwell Howell, et
> al recorded May _3_, 1988 in the Office of the Clerk
> of Court for Georgetown County in Deed Book _284_ at
> Page _209_.

TOGETHER with all and singular, the Rights, Members,

Hereditaments and Appurtenances to the said Premises

belonging, or in anywise incident or appertaining.

TO HAVE AND TO HOLD, all and singular, the said Premises

before mentioned unto the said Judy S. Young, her Heirs  and

Assigns, forever.

AND I do hereby bind myself and my Heirs, Executors and

Administrators, to warrant and forever defend, all and

singular, the said Premises unto the said Judy S. Young, her

Heirs and Assigns, against us and our Heirs and Assigns, and

all persons whomsoever lawfully claiming, or to claim the

Grantee's Address:
P. O. Box 1885
Pawleys Island, SC  29585

1

BOOK 284 PAGE 216

same or any part thereof; subject to all covenants and restrictions of record.

WITNESS my Hand and Seal this __3rd__ day of May, in the year of our Lord one thousand nine hundred eighty-eight and in the two hundred and twelfth year of the Sovereignty and Independence of the United States of America.

SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF

_Larry Young_ (L.S.)
Larry Young

STATE OF SOUTH CAROLINA )
                         )     PROBATE
COUNTY OF GEORGETOWN     )

    PERSONALLY appeared before me the undersigned witness and made oath that s/he saw the above named Larry Young sign, seal and as his act and deed deliver the within written Deed for the uses and purposes therein mentioned, and that s/he with the other witness subscribed above, witnessed the execution thereof and subscribed their names as witnesses thereto.

_witness_

SWORN to before me this 3rd
day of May, 1988.

_Notary Public for South Carolina_

My Commission Expires: _10-20-88_

hdj:deeds\young

2

BOOK 284 PAGE 217

## EXHIBIT A

All that tract of land in Tax District Number 2 in the County of Georgetown, State of South Carolina, being one of three separate tracts of land, which contain in the aggregate 1098.9 acres, all designated as "Tract B" on a certain plat by Samuel M. Harper, R.L.S. dated 21 November 1978 entitled "Map of Weehaw Plantation containing 1231.3 acres in Tax District No. 2, and 266.7 acres in Tax District No. 3 Total area-1498 acres", said plat shows a "Proposed Division" dated 20 September 1985, said tract hereby described and conveyed containing 889.9 acres, and lying on the West side of Black River and Butting and Bounding as follows: to the Northwest, North and Northeast on a public road designated as S. C. Highway #22-325 and on a portion of Weehaw Plantation designated as a portion of Parcel A conveyed to Leonora Cheves Brockinton; to the East and South on Black River; to the Southwest on lands designated on said plat as belonging to Omar Shrine Temple, Colonial Estates, Kensington Estates and Rasheed; and to the West on U. S. Highway #701. All of which will more fully appear reference being had to said plat which is filed in Georgetown County in Judgment Roll Number 84-CP-22-376.

### ALSO:

All that tract of land in Tax District Number 2 in the County of Georgetown, State of South Carolina, being one of three separate tracts of land, which contain in the aggregate 1098.9 acres, all designated as "Tract B" on a certain plat by Samuel M. Harper, R.L.S. dated 21 November 1978 entitled "Map of Weehaw Plantation containing 1231.3 acres in Tax District No. 2, and 266.7 acres in Tax District No. 3 Total area-1498 acres", said plat shows a "Proposed Division" dated 20 September 1985, said tract hereby described and conveyed containing 144.1 acre and lying between and at the confluence of Peedee and Black Rivers and Butting and Bounding:  to the North on undesignated lands; to the East and Southeast on Peedee River and to the West on Black River.  All of which will more fully appear reference being had to said plat which is filed in Georgetown County in Judgement Roll Number 84-CP-22-376.

BOOK 284 PAGE 218
ALSO:

All that tract of land in Tax District Number 3 in
the County of Georgetown, State of South Carolina,
being one of three separate tracts, of land, which
contain in the aggregate 1098.9 acres, all
designated as "Tract B" on a certain plat by Samuel
M. Harper, R.L.S. dated 21 November 1978 entitled
"Map of Weehaw Plantation containing 1231.3 acres
in Tax District No. 2, and 266.7 acres in Tax
District No. 3 Total area-1498 acres", said plat
shows a "Proposed Division" dated 20 September
1985, said tract hereby described and conveyed
containing 64.9 acres lying on the Southeast side
of Peedee and Black Rivers and Butting and
Bounding:    to the Southeast and Southwest on
undesignated lands; and to the Northwest on Black
and Peedee Rivers.    All of which will more fully
appear reference being had to said plat which is
filed in Georgetown County in Judgment Roll Number
84-CP-22-376.

Saving and excepting therefrom all that tract of
land in tax district #2 as shown as tracts 1, 2 and
3 on a map of 166.34 acres of land in tax district
#2, Georgetown County, South Carolina, being a part
of Weehaw Plantation surveyed for Margaret Barnwell
Harvin by Samuel M. Harper, R.L.S. dated April 29,
1988 and recorded in the office of the Clerk of
Court for Georgetown County, South Carolina in plat
book    at page    simultaneously herewith.    Said
tracts when taken together Butt and Bound as
follows:  On the Northwest by U.S. Highway 701; on
the North and  Northeast by the remaining part of
Weehaw Plantation; on the Southeast by the Black
River and on the South and Southwest by unnamed
lands, Colonial Estates, Kensington Estates, and
property of Rasheed.  All of which will more fully
appear reference being had to said plat which is
hereby made, pro tanto, a part and parcel hereof by
reference.

The above described premises having been conveyed
to the Grantor herein by deed of Harriott
Barnwell Howell, Margaret Barnwell Harvin and
Isabella Barnwell Lerch dated April 30, 1988, and
recorded in the office of the Clerk of Court for
Georgetown County, South Carolina simutaneously
herewith.

BOOK 284 PAGE 219

FILED
BETTY L. WILLIAMS
CCC/RCE

MAY 3  4 10 PM '88

GEORGETOWN COUNTY, S.C.

BOOK 284 PAGE 215

400 GLN

Very truly yours

to

Judy L. Young

889.9 / 141 / 38

U4 9 -
weiham

Recorded the _____ day of _____ A.D.19__

Book _____ Page _____

Auditor, Georgetown Co. S.C.

COUNTY PARCEL #
3- 488-1
3- 488-2