# Exhibit F

STATE OF SOUTH CAROLINA  )
)   ORDINANCE NO. 2008-65
COUNTY OF GEORGETOWN  )

ORDINANCE TO AMEND THE ZONING MAP OF GEORGETOWN COUNTY, SOUTH CAROLINA TO REZONE A TRACT OF LAND CONSISTING OF APPROXIMATELY 65 ACRES LOCATED AT THE INTERSECTION OF HIGHWAY 701 AND WEDGEFIELD ROAD, IDENTIFIED AS TAX PARCEL 02-1009-018-02-00, FROM ONE-HALF ACRE RESIDENTIAL (R1/2 AC) AND GENERAL COMMERCIAL (GC) TO THE GEORGETOWN MEMORIAL HOSPITAL-WEEHAW CAMPUS PLANNED DEVELOPMENT (PD).

BE IT ORDAINED BY THE COUNTY COUNCIL MEMBERS OF GEORGETOWN COUNTY, SOUTH CAROLINA, IN COUNTY COUNCIL DULY ASSEMBLED THAT TAX PARCEL 02-1009-018-02-00 BE REZONED FROM ONE-HALF ACRE RESIDENTIAL (R1/2 AC) AND GENERAL COMMERCIAL (GC) TO THE GEORGETOWN MEMORIAL HOSPITAL-WEEHAW CAMPUS PLANNED DEVELOPMENT (PD) IN CONFORMANCE WITH THE PLAN DATED SEPTEMBER 9, 2008 WITH THE FOLLOWING ELABORATIONS.

- Access points on Wedgefield Road should have a minimum separation of at least 440'. The throat length for the main site entrance should be 200'.
- Parking dimensions for the PD should meet or exceed those found in Article X of the Zoning Ordinance.
- Approval of the traffic impact analysis by Wilbur Smith and that the issue of traffic signals and Highway 701, Highway 51 and Wedgefield Road be addressed.
- Final Approval of water and sewer from the appropriate agencies, OCRM, County Stormwater and SCDOT.
- Approval from Georgetown County Fire and the Building Department for the increased building heights.

DONE, RATIFIED AND ADOPTED THIS 10th DAY OF NOVEMBER, 2008.

_____ (SEAL)
Johnny Morant
Chairman, Georgetown County Council

ATTEST:
_____
Theresa E. Floyd
Clerk to Council

This Ordinance, No. 2008-65 has been reviewed by me and is hereby approved as to form and legality.

Wesley P. Bryant
Georgetown County Attorney

First Reading:     October 14, 2008

Second Reading:    October 28, 2008

Third Reading:     November 10, 2008





Georgetown County Planning and Code Enforcement
120 Broad Street
Georgetown, SC  29440
(843) 545-3158 or (843) 545-3299 (FAX)

February 2, 2009

Mr. Daniel W. Stacy, Jr.
Lumpkin, Oxner & Stacy, P.A.
90 Wall Street, Unit B
Pawleys Island, S.C. 29585

RE: Approval of Rezoning – Case # RZ080801; (Georgetown Memorial Hospital – Weehaw Campus Planned Development; (Daniel W. Stacy, Jr., agent for Kyle N. Young, applicant) Tax Map # 02-1009-018-002-00.

Dear Mr. Stacy:

This is to confirm that Georgetown County Council, at its meeting on November 10, 2008 approved the above referenced rezoning request. The property identified as Tax Map Number(s) # 02-1009-018-002-00 is hereby rezoned from One-Half Acre Residential (R-1/2) and General Commercial to Planned Development on the Georgetown County Zoning Maps.

The Ordinance number for the rezoning request is 2008-65. Attached is a copy of the official document determining the rezoning of the property.

Should you have questions or need further assistance, we may be reached at 843-545-3158.

Sincerely,

L. Boyd Johnson
Director of Planning and Code Enforcement

LBJ/hhr

Attachment: Ordinance # 2008-65
cc: Chip Balthis, GIS
    Ciro Dilorenzo, Zoning Administrator
    Holly Richardson, Chief Planner
    File