# Exhibit H

Instrument 200800021821   Book 1122   Page 94

PREPARED BY:   LUMPKIN, OXNER & STACY, P.A. (rtm)
File No. 06-1098

STATE OF SOUTH CAROLINA )
) TITLE TO REAL ESTATE
COUNTY OF GEORGETOWN )

KNOW ALL MEN BY THESE PRESENTS, That we, **Kyle N. Young and Jacqueline M. Young**, in the State aforesaid, for and in consideration of the sum of **THREE MILLION THREE HUNDRED ONE THOUSAND FIVE HUNDRED THIRTEEN AND 36/100 ($3,301,513.36) Dollars** to us in hand received at and before the sealing of these presents by **Georgetown Hospital System,** the receipt of which is hereby acknowledged, have granted, bargained, sold and released, and by these Presents do grant, bargain, sell and release, subject to the matters as set forth below, unto the said **Georgetown Hospital System, its successors and/or assigns,** forever, the following described real property, to wit:

All that certain piece, parcel or tract of land situate, lying and being in the County of Georgetown, State of South Carolina containing **sixty-five (65) acres** and being more fully shown on "**ALTA/ACSM Land Title Survey of 65 Acres (Portion of Weehaw Plantation for Georgetown Hospital System**", dated December 1, 2008, prepared by ETS-Engineering and Technical Services, Inc. and recorded on December 22, 2008 on Slide 692 at pages 2 and 3 in the Office of the Register of Deeds for Georgetown County. Said tract of land having such courses, distances, shapes, metes and bounds as will more fully and in detail appear by reference to the aforesaid map which is incorporated herein and made a part and parcel hereof.

A Portion of TMS#02-1009-018-02-00

Being the same premises conveyed to Grantors herein by deed of Sand Dunes Ocean Front Resort, LLC, a South Carolina limited liability company, et al, dated June 24, 2004 and recorded on June 28, 2004 in Deed Book 1529 at page 191 in the Office of the Register of Deeds for Georgetown County.

**THIS CONVEYANCE IS MADE SUBJECT TO** all matters as shown on "ALTA/ACSM Land Title Survey of 65 Acres (Portion of Weehaw Plantation for Georgetown Hospital System", dated December 1, 2008, prepared by ETS-Engineering and Technical Services, Inc. and recorded on December 22, 2008 on Slide 692 at pages 2 and 3 and to all covenants, conditions, restrictions and easements as may be applicable as recorded in the public records of Georgetown County.

GEORGETOWN COUNTY PARCEL # 2-1009-18.02

1

TOGETHER with all and singular, the Rights, Members, Hereditaments and Appurtenances to the said Premises belonging, or in anywise incident or appertaining.

TO HAVE AND TO HOLD, all and singular, the Premises before mentioned, subject to the matters set forth above, unto the said **Georgetown Hospital System, its successors and/or assigns, forever.**

AND we do hereby bind ourselves and our heirs, Executors and Administrators, to warrant and forever defend, all and singular, the said Premises unto the said **Georgetown Hospital System, its successors and/or assigns**, against us and our Heirs and Assigns, and all persons whomsoever lawfully claiming, or to claim the same or any part thereof.

*****SEE SIGNATURES ON NEXT PAGE*****

Grantee Address: P.O. Box 1718
Georgetown, SC 29442

2

Instrument    Book  Page
200800021821    1122   96

WITNESS our Hands and Seals, this 30th day of December, in the year of our Lord Two Thousand Eight (2008).

**SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF:**

_____          _____ (L.S.)
signature of Witness                                            Kyle N. Young

_____          _____ (L.S.)
signature of Notary                                              Jacqueline M. Young
(same as Acknowledgment below)

\* \* \* \* \* \* \* \* \*

STATE OF SOUTH CAROLINA       )
                              )   **ACKNOWLEDGMENT**
COUNTY OF GEORGETOWN          )

The due execution of the foregoing instrument was acknowledged before me this 30th day of December, 2008, by **Kyle N. Young and Jacqueline M. Young.**

_____
Notary Public for South Carolina
My Commission Expires: 2/7/2015

(affix seal)

3

Instrument: 200800021821  Book: 1122  Page: 97

STATE OF SOUTH CAROLINA )
) AFFIDAVIT
COUNTY OF GEORGETOWN )

PERSONALLY appeared before me the undersigned, who being duly sworn, deposes and says:

1. I have read the information on this affidavit and I understand such information.

2. The property being transferred is 65 Acres fronting on Highway 701 and Wedgefield Drive, Georgetown County Tax Map Location No. Part of 02-1009-018-02-00 was transferred by Kyle N. Young and Jacqueline M. Young to Georgetown Hospital System on December 30, 2008.

3. Check one of the following: The deed is

   (a) _X_ subject to the deed recording fee as a transfer for consideration paid or to be paid in money or money's worth.
   (b) ___ subject to the deed recording fee as a transfer between a corporation, a partnership, or other entity and a stockholder, partner, or owner of the entity, or is a transfer to a trust or as a distribution to a trust beneficiary.
   (c) ___ exempt from the deed recording fee because (See Information section of affidavit):
       (If exempt, please skip items 4 - 7, and go to item 8 of this affidavit.

4. Check one of the following if either item 3(a) or item 3(b) above has been checked (See Information section of this affidavit):

   (a) _X_ The fee is computed on the consideration paid or to be paid in money or money's worth in the amount of $3,301,513.36.
   (b) ___ The fee is computed on the fair market value of the realty which is $.
   (c) ___ The fee is computed on the fair market value of the realty as established for property tax purposes which is $_.

5. Check Yes ___ or No _X_ to the following: A lien or encumbrance existed on the land, tenement, or realty before the transfer and remained on the land, tenement, or realty after the transfer. If "Yes," the amount of the outstanding balance of this lien or encumbrance is: $_.

6. The deed recording fee is computed as follows:

   (a) Place the amount listed in item 4 above here:                          $3,301,513.36
   (b) Place the amount listed in item 5 above here:                          $-0-.
       (If no amount is listed, place zero here.)
   (c) Subtract Line 6(b) from Line 6(a) and place result here:               $3,301,513.36

7. The deed recording fee due is based on the amount listed on Line 6(c) above and the deed recording fee due is: $12,217.40

8. As required by Code Section 12-24-70, I state that I am a responsible person who was connected with the transaction as: One of Grantors.

9. I understand that a person required to furnish this affidavit who wilfully furnishes a false or fraudulent affidavit is guilty of a misdemeanor and, upon conviction, must be fined not more that one thousand dollars or imprisoned not more than one year, or both.

_____
Responsible Person Connected with the Transaction

SWORN to before me this 30th    KYLE N. YOUNG
day of December, 2008.           Print or Type Name Here

_____
Notary Public for South Carolina
My Commission Expires: 02/17/2015

4

GMH_000046



```
                                    Instrument
200800021821  79841 LOTS            200800021821
Filed for Record in
GEORGETOWN SC
WANDA PREVATTE
12-30-2008 At 02:45 pm.
DEED              11.00
STATE TAX       8585.20             Book Page
COUNTY TAX      3632.20             1122  98
Book 1122 Page   94 -  98

Wanda H. Prevatte
```

RECORD THIS DATE
AUDITOR GEORGETOWN CO.
LINDA S. MOCK