# Exhibit P

```
                                          Instrument      Book Page
                                          200900033358    1313  151

                                          200900033358
                                          Filed for Record in
                                          GEORGETOWN SC
PREPARED BY:   LUMPKIN, OXNER & STACY, P.A. (rtm)   WANDA PREVATTE EXEMPT
File No. 09-1306                          08-12-2009 At 11:32 am.
                                          DEED              14.00
                                          STATE TAX          .00
Deed Preparation Only at Request of Grantor/Grantee:   COUNTY TAX   .00
                                          Book 1313 Page 151 - 158
```

STATE OF SOUTH CAROLINA )
                        )           **TITLE TO REAL ESTATE**
COUNTY OF GEORGETOWN    )              <mark>(Corrective)</mark>

*[handwritten margin notes: SPE; 41-108-1.49, 5-14-148, 1-4477-2.2.1, 41-108-21, 41-108-1.29 & 2-1009-18.2.3]*

    **WHEREAS,** Georgetown Hospital System, a South Carolina eleemosynary corporation was conveyed the below properties by various deeds as are identified in the derivation clauses set forth below; and

    **WHEREAS,** the below properties should have been conveyed to Georgetown Memorial Hospital, a South Carolina eleemosynary corporation; and

    **WHEREAS,** Georgetown Hospital System, a South Carolina eleemosynary corporation is desirous of giving this Corrective Deed to convey title to the below described properties to Georgetown Memorial Hospital, a South Carolina eleemosynary corporation; now therefore,

    **KNOW ALL MEN BY THESE PRESENTS,** That I, **Georgetown Hospital System, a South Carolina eleemosynary corporation**, for and in consideration of the sum of **Ten and 00/100 ($10.00) Dollars** to it in hand received at and before the sealing of these presents by **Georgetown Memorial Hospital, a South Carolina eleemosynary corporation,** of Post Office Box 1718, Georgetown, South Carolina, the receipt of which is hereby acknowledged, subject to all matters set forth below, have granted, bargained, sold and released, and by these Presents do grant, bargain, sell and release, subject to the matters set forth below, unto the said **Georgetown Memorial Hospital, a South Carolina eleemosynary corporation, its Successors and Assigns,** forever, the following described real property, to wit:

    All that certain piece, parcel or lot of land, with improvements located thereon, situate, lying and being in Tax District #41, County of

1

Instrument 200900033358
Book 1313 Page 152

Georgetown, State of South Carolina, designated as **Lot #14** on a revised plat made by Beasley Land Surveying, Inc. of **"Block D, Lots 13, 14, 15 and 16, Eagle Crest Subdivision,"** dated October 23, 1992, said revised plat recorded in the Office of the ROD for Georgetown County, S. C. on Plat Slide 106, page 5-B. All of which will more fully and in detail appear by reference to the aforesaid plat which is incorporated herein and made a part and parcel hereof.

TMS#41-108-1.49

**THIS CONVEYANCE IS MADE SUBJECT TO** Declaration of Covenants, Conditions and Restrictions for Eagle Crest Subdivision of Murrells Inlet dated March 18, 1985 and recorded on March 13, 1985 in Deed Book 224 at page 1348 and the Amended Declaration of Covenants, Conditions and Restrictions for Eagle Crest Subdivision of Murrells Inlet dated April 3, 1985 and recorded on April 4, 1985 in Deed Book 225 at page 415.

Being premises conveyed unto Grantor herein by deed of Linda Aying MacDonald dated October 11, 2007 and recorded on October 12, 2007 in Record Book 718 at page 203 in the Office of the ROD for Georgetown County.

ALSO:

All that certain piece, parcel or lot of land situate, lying and being in the City and County of Georgetown, State of South Carolina, being designated as **Lot Number Thirteen (13)** on a certain plat entitled **"Map of Ricelands a Part of Richmond Plantation"** dated September 1954, made by Legare Hamilton, CE, LS. Said lot hereby conveyed butting and bounding as follows: To the North on Lot Number Fourteen (14) as shown on said map; to the East on lots number Seven (7) and Eight (8) as shown on said map; to the South on lot number Twelve (12) as shown on said map; and to the West on Huger Drive. All of which will more fully and at large appear reference being made to said plat which is recorded in the Office of the Clerk of Court for Georgetown County in Plat Book K Page 36.

TMS #5-14-148

Being premises conveyed unto Grantor herein by deed of Lisa Ann Wilson Wetzel, William Michael Wilson and Lee Canty Wood, Jr. dated November 14, 2007 and recorded on November 16, 2007 in Record Book 759 at page 79 in the Office of the ROD for Georgetown County.

ALSO:

All that certain piece, parcel or lot of land lying, being and situate in Tax

2

District Number One, County of Georgetown, State of South Carolina, shown as "**10.00 ACRES 435,600 SQ. FT.**" on a plat entitled "**(RECORDABLE) COMBINATION/BOUNDARY/TOPOGAPHIC SURVEY OF 10.00 ACRES PREPARED FOR GEORGETOWN MEMORIAL HOSPITAL/GEORGETOWN INDUSTRIAL PARK**", prepared by ETS Engineering and Technical Services, Inc., dated September 25, 2007, and filed of record on November 7, 2007 in the Office of the Register of Deeds for the County of Georgetown in Plat Slide 661 at page 9; the aforementioned property having such size, shape, dimensions, butts and bounds as shown on the map or plat referenced above.

TMS#1-447-2.02.01

**THIS CONVEYANCE IS MADE SUBJECT TO** the matters as set forth in deed from Marhaygue, LLC to Georgetown Hospital System recorded in Record Book 766 at page 148

Being premises conveyed unto Grantor herein by deed of Marhaygue, LLC dated November 19, 2007 and recorded on November 21, 2007 in Record Book 766 at page 148 in the Office of the ROD for Georgetown County.

ALSO:

All that certain piece, parcel or lot of land situate, lying and being in Georgetown County in the community of Murrells Inlet consisting of approximately **0.49 acre and shown as Parcel A-1** on a plat prepared for Jeff Cubia by Culler Land Surveying Co., Inc., dated January 25, 1996 and recorded February 15, 1996 in the Office of the Register of Deeds for Georgetown County in Plat Slide 192 at page 10A. This property is bounded on the north by property now or formerly of Batson whereon it measures 249.89 feet; on the east by Highway 17 ByPass whereon it measures 85.00 feet; on the south by other lands of the Grantors (heirs of Clarke A. Willcox, Jr. and Lillian Rose Willcox) whereon it measures 249.42 feet; and on the west by properties known as Eagle Crest Subdivision whereon it measures 85.00 feet. Also, the nonexclusive right of ingress to and egress from the property from and to Highway 17 Bypass via the proposed 50'foot right-of-way running parallel to Highway 17 Bypass shown on said plat. This property is also a portion of Lot A as shown on a map of the property of the estate of Clarke A.Willcox, Jr. prepared by Wendell C. Powers, RLS, dated June 26, 1989 and recorded in the Office of the Register of Deeds for Georgetown County on June 26, 1989 in Plat Slide 32 at page 10.

TMS#41-0108-021-00-00

**THIS CONVEYANCE IS MADE SUBJECT** to all applicable restrictions,

3

GMH_000037

easements and conditions of record, including the matters set forth in Deed Book 681 at page 78.

Being premises conveyed unto Grantor herein by deed of Back Gate Services, Inc. dated March 13, 2008 and recorded on March 14, 2008 in Record Book 881 at page 248 in the Office of the ROD for Georgetown County.

ALSO:

All and singular, that certain piece, parcel or lot of land, with improvements thereon, situate, lying and being in Tax District No. 41, Murrells Inlet section of Georgetown County, South Carolina, and being more particularly shown and designated as **Lot Eight (8), Block C**, on a map of **Eagle Crest Subdivision** by St. Clair Knight, Jr., P.E., as revised on August 30, 1984 and recorded in the Office of the Clerk of Court for Georgetown County, on March 18, 1985 in Plat Book 5 at Page 211.

Reference May also be made to that certain survey by Freeland, Clinkscales & Huntley, dated December 2, 1987 and recorded December 23, 1987 in Plat Book 9 at Page 250 in the Office of the Clerk of Court for Georgetown County.

TMS#41-0108-001-29-00

Being premises conveyed unto Grantor herein by deed of Carla A. Orr n/k/a Carla A. Exel dated August 22, 2008 and recorded on August 26, 2008 in Record Book 1036 at page 48 in the Office of the ROD for Georgetown County.

ALSO:



All that certain piece, parcel or tract of land situate, lying and being in the County of Georgetown, State of South Carolina containing **sixty-five (65) acres** and being more fully shown on **"ALTA/ACSM Land Title Survey of 65 Acres (Portion of Weehaw Plantation for Georgetown Hospital System"**, dated December 1, 2008, prepared by ETS-Engineering and Technical Services, Inc. and recorded on December 22, 2008 on Slide 692 at pages 2 and 3 in the Office of the Register of Deeds for Georgetown County. Said tract of land having such courses, distances, shapes, metes and bounds as will more fully and in detail appear by reference to the aforesaid map which is incorporated herein and made a part and parcel hereof.

Part of TMS#2-1009-18.02

**THIS CONVEYANCE IS MADE SUBJECT** to the matters set forth in the

4

```
Instrument              Book Page
200900033358            1313  155
```

deed from Kyle N. Young and Jacqueline M. Young recorded in Record Book 1122 at page 94.

Being premises conveyed unto Grantor herein by deed of Kyle N. Young and Jacqueline M. Young dated December 30, 2008 and recorded on December 30, 2008 in Record Book 1122 at page 94 in the Office of the ROD for Georgetown County.

**TOGETHER** with all and singular, the Rights, Members, Hereditaments and Appurtenances to the said Premises belonging, or in anywise incident or appertaining.

**TO HAVE AND TO HOLD**, all and singular, the Premises before mentioned, subject to the matters set forth above, unto the said **Georgetown Memorial Hospital, a South Carolina eleemosynary corporation, its Successors and Assigns, forever.**

**AND** the undersigned does hereby bind itself and its Successors, Executors and Administrators, to warrant and forever defend, all and singular, the said Premises unto the said **Georgetown Memorial Hospital, a South Carolina eleemosynary corporation, its Successors and Assigns**, against itself and its Successors and Assigns, and all persons whomsoever lawfully claiming, or to claim the same or any part thereof.

*****SEE SIGNATURES ON NEXT PAGE*****

5

Instrument 200900033358   Book 1313   Page 156

WITNESS its Hand and Seal, this 10th day of AUGUST, in the year of our Lord Two Thousand Nine (2009).

SIGNED, SEALED AND DELIVERED
IN THE PRESENCE OF:

_____
signature of Witness

_____
signature of Notary
(same as Acknowledgment below)

GEORGETOWN HOSPITAL SYSTEM
a S. C. eleemosynary corporation

By: _____ (Corp. Seal)
Bruce P. Bailey
Chief Executive Officer

* * * * * * * * * *

STATE OF SOUTH CAROLINA     )
                            )     ACKNOWLEDGMENT
COUNTY OF GEORGETOWN        )

The due execution of the foregoing instrument was acknowledged before me this 10th day of AUGUST, 2009, by Georgetown Hospital System, a S. C. eleemosynary corporation by Bruce P. Bailey its Chief Executive Officer.

_____
Notary Public for South Carolina
My Commission Expires: 10.19.2015
(affix seal)

6

GMH_000040

Instrument: 200900033358
Book Page: 1313 157

STATE OF SOUTH CAROLINA )
)  AFFIDAVIT
COUNTY OF GEORGETOWN )

PERSONALLY appeared before me the undersigned, who being duly sworn, deposes and says:

1. I have read the information on this affidavit and I understand such information.

2. The property being transferred is located at various locations in Georgetown County and is identified as Georgetown County Tax Map Location Nos. 41-108-1.49, 5-14-148, 1-447-2.02.01, 41-0108-021-00-00, 41-0108-001-29-00 and Part of 2-1009-18.02 was transferred by Georgetown Hospital System, a S. C. eleemosynary corporation to Georgetown Memorial Hospital, a S. C. eleemosynary corporation on August _10_, 2009.

3. Check one of the following: The deed is

   (a) ___ subject to the deed recording fee as a transfer for consideration paid or to be paid in money or money's worth.
   (b) ___ subject to the deed recording fee as a transfer between a corporation, a partnership, or other entity and a stockholder, partner, or owner of the entity, or is a transfer to a trust or as a distribution to a trust beneficiary.
   (c) _X_ exempt from the deed recording fee because (See Information section of affidavit):
   Exemption #12 – Corrective Deed (If exempt, please skip items 4 - 7, and go to item 8 of this affidavit.

4. Check one of the following if either item 3(a) or item 3(b) above has been checked (See Information section of this affidavit):

   (a) ___ The fee is computed on the consideration paid or to be paid in money or money's worth in the amount of $
   (b) ___ The fee is computed on the fair market value of the realty which is $.
   (c) ___ The fee is computed on the fair market value of the realty as established for property tax purposes which is $_.

5. Check Yes ___ or No _X_ to the following: A lien or encumbrance existed on the land, tenement, or realty before the transfer and remained on the land, tenement, or realty after the transfer. If "Yes," the amount of the outstanding balance of this lien or encumbrance is: $_.

6. The deed recording fee is computed as follows:

   (a) Place the amount listed in item 4 above here:            $-0-
   (b) Place the amount listed in item 5 above here:            $-0-.
       (If no amount is listed, place zero here.)
   (c) Subtract Line 6(b) from Line 6(a) and place result here: $-0-

7. The deed recording fee due is based on the amount listed on Line 6(c) above and the deed recording fee due is: $-0-

8. As required by Code Section 12-24-70, I state that I am a responsible person who was connected with the transaction as: _Grantor_.

9. I understand that a person required to furnish this affidavit who wilfully furnishes a false or fraudulent affidavit is guilty of a misdemeanor and, upon conviction, must be fined not more than one thousand dollars or imprisoned not more than one year, or both.

SWORN to before me this _10th_ day of August, 2009.

Notary Public for South Carolina
My Commission Expires: _10.19.2015_

Responsible Person Connected with the Transaction
Georgetown Hospital System by Bruce P. Bailey, CEO

7

[Recording stamps rotated 90°:]

#87740 20+Story
2009000033358
Filed for Record in
GEORGETOWN SC
WANDA PREVATTE    EXEMPT
08-12-2009 At 11:32 am.
DEED                14.00
STATE TAX            .00
COUNTY TAX           .00
Book 1313 Page 151 - 158

Wanda F. Prevatte

RECORD THIS DATE
AUDITOR GEORGETOWN CO.
LINDA S. MOCK

Instrument
200900033358

Book Page
1313  158